B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

## INVOLUNTARY PETITION

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| The Vue Orlando, LLC, a Delaware Limited Liability Company | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 73-1710141

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 150 East Robinson Street<br>Orlando, Orange County, Florida 32801 | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|
| Orange County | ZIP CODE<br>32801 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check one box.) |
|---|---|---|
| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____ [signature] Vice President
Signature of Petitioner or Representative (State title)
Sovereign Bank
Name of Petitioner
Date Signed: 9/30/09

Name & Mailing Address of Individual Signing in Representative Capacity:
Steven A. Massey
Sovereign Bank
3 Terry Drive, Suite 200
Newton, PA 18940
Newtown

x_____ [signature]
Signature of Attorney    Date
John B. Hutton, III, Greenburg Traurig
Name of Attorney Firm (If any)
1221 Brickell Ave, Miami, FL 33131
Address
305-579-0500
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
Comerica Bank
Name of Petitioner
Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity:
Larry Hacker, FVP
111 N. Magnolia Ave, Ste 1000
Orlando, FL 32801

x_____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
Charter One Bank, N.A.
Name of Petitioner
Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity:
Christopher G. Daniel
53 State Street-MBS 970
Boston, MA 02109

x_____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sovereign Bank | Loan | 6,524,407.32 |
| Comerica Bank | Loan | 2,895,561.68 |
| Charter One Bank, N.A. | Loan | |

Total Amount of Petitioners' Claims

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

____ continuation sheets attached

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Sovereign Bank | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Steven A. Massey, Sovereign Bank, 3 Terry Drive, Suite 200, Newton, PA 18940 | Address _____ Telephone No. _____ |

| x [signature] | x [signature] |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Comerica Bank                              9-30-09 | John B. Hutton, III Greenberg Traurig |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) 1221 Brickell Ave, Miami, FL 33131 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Larry Hacker, FVP, 111 N. Magnolia Ave, Ste 1000, Orlando, FL 32801 | Address 305-579-0500 Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney               Date |
| Charter One Bank, N.A. | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Christopher G. Daniel, 53 State Street-MBS 970, Boston, MA 02109 | Address _____ Telephone No. _____ |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sovereign Bank | Loan | 6,524,407.32 |
| Comerica Bank | Loan | 2,895,561.68 |
| Charter One Bank, N.A. | Loan | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Priscilla_____
Signature of Petitioner or Representative (State title)
Mega Int'l Commercial Bank Co., Ltd, NY Branch   9/30/09
Name of Petitioner                               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Priscilla Hsing, VP
65 Liberty Street
New York, NY 10005

x _John B. Hutton, III_   Greenberg Traurig
Signature of Attorney                            Date
Name of Attorney Firm (If any)
1221 Brickell Ave, Miami, FL 33131
Address
305-579-0500
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Great American Insurance Company
Name of Petitioner                               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jack Rubenbauer, Director
One East 4th St., 3rd Fl.
Cincinnati, OH 45202

x _____
Signature of Attorney                            Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Great American Financial Resources, Inc.
Name of Petitioner                               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jack Rubenbauer, Director
One East 4th St., 3rd Fl.
Cincinnati, OH 45202

x _____
Signature of Attorney                            Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mega International Commercial Bank Co., Ltd., NY Branch | Loan | 2,607,060.78 ~~2,550,264.27~~ |
| Great American Insurance Company | Loan | 1,041,699.44 |
| Great American Financial Resources, Inc. | Loan | 1,562,549.12 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

____ continuation sheets attached