**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                          CASE NO. 6:09-bk-14833-KSJ

**THE VUE-ORLANDO, LLC,** a                     CHAPTER 7
Delaware limited liability company,

           **Debtor.**
_____/

## CASE SUMMARY

**THE VUE-ORLANDO, LLC** ("The Vue" or "Debtor"), by and through its undersigned counsel, hereby files its case summary ("Case Summary") and states as follows:

1. On October 1, 2009 ("Petition Date"), creditors Sovereign Bank ("Sovereign"), Comerica Bank ("Comerica"), Mega International Commercial Bank of China, NY Branch ("Mega"), Charter One Bank, NA ("Charter One"), Great American Insurance Company ("GAIC") and Great American Financial Resources, Inc. ("GAFR") (collectively, the "Petitioning Creditors" or "Senior Lenders") filed a Chapter 7 involuntary petition for relief for the Debtor, pursuant to 11 U.S.C. § 303(b) (the "Involuntary Petition").

2. During the involuntary gap period, Debtor continues to operate its business and manage its properties under Section 303(f) of the Code.

### Description of the Debtor's Business

3. The Debtor is a Delaware limited liability company and the owner and operator of a 36-story, 375 unit luxury residential condominium building located in the heart of downtown Orlando, which is known as the The Vue at Lake Eola (the "Project"). The Vue also boasts a

variety of amenities, including but not limited to: a roof-top pool, tennis court, observation deck, large fitness center (the "Amenities"), as well as a concierge and 24-hour doorman.

4. On or about July 20, 2004, the Debtor was formed through the execution of an operating agreement establishing Liberty Place-Orlando, LLC as its managing member and Orlando Vue Limited Partnership as its PC Member. The purpose of the Debtor was to execute the Project by: (i) acquiring the land; (ii) cause the Project to be constructed on the land; (iii) cause the Units (defined below) to be sold; and (iv) account for and distribute profits derived from the sale of the Units.

## Location of the Debtor's Properties and Type of Property Interest

5. The Debtor's principal place of business is located at 150 East Robinson Street, Suite 200, Orlando, Florida 32801 (the "Property"). The Debtor owns the Property, which is subject to a Mortgage, Assignment of Rents, Security Agreement and Fixture Filing, dated September 21, 2005.

## Reasons for Bankruptcy Filing

6. Debtor acquired the Property and oversaw the construction of the Project, a 375 Unit condominium development to be built thereon, comprised of studio, one-bedroom, two-bedroom and penthouse units (the "Units"), together with accompanying parking spaces and related amenities and facilities. The Units were originally forecast to sell at the approximate price of $494,000 and $395 per square foot.

7. On or about September 21, 2005, the Debtor executed and delivered to KeyBank National Association ("Key Bank") an original note in the original principal amount of

$124,000,000.00 (the "Original Note"). The Original Note was made pursuant to a construction loan agreement dated September 21, 2005 (the "Loan").

8. The Original Note and the obligations thereunder, is secured by, among other things: (1) that certain Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated September 21, 2005, between the Debtor and KeyBank National Association (the "Administrative Agent" or "KeyBank"), as described in Schedule C of the Co-Lender Agreement, and all other personal and other property described in the Security Agreement; (2) that certain Conditional Assignment of Condominium Unit Sale Contracts, Condominium Documents, and Condominium Developer Rights dated September 21, 2005, executed by the Debtor in favor of KeyBank as the Administrative Agent and that certain Assignment of Plans and Contracts dated September 21, 2005, executed by the Debtor in favor of the Administrative Agent; and (3) other documents executed or delivered to the Administrative Agent in connection with the Loan, as more fully set forth on Schedule D of the Co-Lender Agreement.

9. The Original Note was replaced pre-petition with the following: (1) First Tier Substitute Promissory Note-A in the amount of $104,900,000.00, dated February 2006; and (2) First Tier Substitute Promissory Note-B in the amount of $19,100,000.00 dated February 2006 (collectively (1) and (2) plus ancillary documents hereafter referred to as, the "Loan Documents").

10. In 2008, sales of units slowed considerably and the Debtor's cash flow was unable to keep up with its loan obligations. Furthermore, and as a result of a variety of lawsuits that resulted in judgments, the Debtor was hindered from selling additional Units.

11. The Debtor defaulted pre-petition under the Loan Documents for, among other defaults, failing to pay the monthly payments that were due under the Loan Documents. As a result of the defaults, the Senior Lenders accelerated the remaining payments owing under the Loan Documents.

12. On October 1, 2009, Petitioning Creditors filed a Chapter 7 involuntary petition for relief for the Debtor, pursuant to 11 U.S.C. § 303(b)(the "Involuntary Petition"). (Doc. No. 1).

13. The Debtor and Petitioning Creditors have discussed the Involuntary Petition and all parties believe it is in their best interest to have this case converted to a case under Chapter 11. As such, the Debtor has filed an Emergency Motion for an Order, Pursuant to 11 U.S.C. § 706, converting the Case to a Case Under Chapter 11. This will enable the Debtor to continue to operate and fulfill its obligations to its creditors and to owners/purchasers of the Units.

**Ownership Interests in Debtor and Salaries and Benefits of Officers and Directors During the Year Preceding Bankruptcy**

14. Orlando VUE, LP ("Orlando VUE"), an Illinois limited partnership, owns 50% of the Debtor and Liberty Place – Orlando, LLC ("Liberty Place"), an Illinois limited liability company, owns the remaining 50%.

15. As for Liberty Place, Churchill Development Group, LLC, a Virginia limited liability company owns 30%; Swanson-Orlando, LLC ("Swanson-Orlando"), an Illinois limited liability company, owns 21% and is the sole manager of Liberty Place; and Westminster-Orlando, LLC ("Westminster-Orlando"), an Illinois limited liability company, owns the remaining 49% of Liberty.

16. Swanson-Orlando is owned by RM Swanson Development Corporation ("RM Swanson"), an Illinois corporation. Richard Swanson owns 100% of RM Swanson and is its managing member.

17. Westminster Partners II, LLC ("Westminster Partners II"), an Illinois limited liability company, is the sole manager of Westminster-Orlando. Warren Crew is a member of Westminster Partners II with a 24.5% interest therein; Charles Johanns is a member of Westminster Partners II with a 24.5% interest therein; and Erik Moskowitz is the managing member of Westminster Partners II with a 51% interest therein.

18. The Debtor's Members are as follows:

   a. Managing Member: Liberty Place

   b. Member: Orlando Vue, LP (primary source of capital)

19. On September 18, 2009, The Vue retained Orlando-Vue Management Corp., an Illinois corporation, to be the managing agent responsible for the oversight, management of, and interfacing with the property manager, management of the sales force and management of other operations of the Project. These services are provided in exchange for a $30,000.00 monthly fee.

**Amounts Owed to Various Classes of Creditors**

20. As of September 4, 2009, the Debtor owes all the holders/lenders under Note-A and Note-B the sum of $45,852,272.16, plus accrued interest, late fees, costs and attorneys' fees (the "Indebtedness"). The Indebtedness is owing to the lenders without any offset, deduction, counterclaim or defense.

21. As of the Petition Date, the Debtor's total debt, exclusive of the Indebtedness stated in the previous paragraph, is approximately $574,613.58 in total open A/P. The Debtor owes

approximately $6,200.00 for unpaid taxes, approximately $244,950.00 for unpaid legal fees, approximately $243,950.00 to Key Real Estate Equity Capital for the Key Mezzanine Fee, approximately $192,308.00 to various individuals for claims on deposits held and approximately $123,935.00 to various trade creditors.

**General Description and Approximate Value of**
**Debtor's Current and Fixed Assets**

22. As of the Petition Date, the Debtor owned the Amenities, the Units, and associated parking spaces. The Debtor also owns approximately 7,900 square feet of retail space on the first level of the Property. Debtor is uncertain as to the current value of the Units or the retail space. The Debtor sold 210 Units to third parties prior to the Petition Date and retains $286,000.00 in deposits held in escrow accounts controlled by Rick Norris, Esquire, Alvarez, Sambol, Winthrop & Madson, P.A. and Bayshore Title Company.

23. Debtor's assets also consist of personal and intangible property that includes marketing and sales materials, office equipment and furniture, and minimal cash in two checking accounts, and a promissory note executed by Michael Murray and Churchill Development Group, LLC.

**Number of Employees and Amounts of Wages Owed as of Petition Date**

24. As of the Petition Date, Debtor currently has two (2) employees and three (3) independent contractors, but owes nothing in prepetition wages and related benefits.

**Anticipated Emergency Relief to be Requested within 14 Days of Petition Date**

25. Debtor has filed an Emergency Motion for an Order Converting the Case to a Case under Chapter 11.

26. Upon conversion of the Case to Chapter 11, Debtor plans to file an Emergency Motion to use Cash Collateral and an Emergency Motion to Approve Debtor-in-Possession Loan.

**DATED** this 3rd day of November 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire
Florida Bar No. 984469
rshuker@lseblaw.com
Victoria I. Minks, Esquire
Florida Bar No. 0064388
vminks@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                    CASE NO. 6:09-bk-14833-KSJ

**THE VUE-ORLANDO, LLC, a**                              CHAPTER 7
**Delaware limited liability company,**

        **Debtor.**
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the **CASE SUMMARY** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: The Vue-Orlando, LLC, Attn: Eric Moskowitz, WESTMINSTER PARTNERS II LLC, PO Box 624, Mundelein, IL 60060; Sovereign Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Sovereign Bank, c/o Louis T. Delucia, Schiff Hardin LLP, 900 Third Avenue, 23rd Floor, New York, NY 10022 a/f petitioning creditor; Comerica Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Christopher G. Daniel, Charter One Bank, 53 State Street – MBS 970, Orlando, FL 32801; Mega International Commercial Bank Co., Ltd., NY Branch, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Jack Rubenbauer, Director, Great American Insurance Company, One East 4th St., 3rd Floor, Cincinnati, OH 45202; Jack Rubenbauer, Director, Great American Financial Resources, Inc., One East 4th St., 3rd Floor, Cincinnati, OH 45202; Key Bank, c/o James S. Grodin, Foley & Lardner, PO Box 2193, Orlando, FL, 32802-2193; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 3rd day of November 2009.

                                                /s/ R. Scott Shuker
                                                R. Scott Shuker, Esquire