**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                            CASE NO.  6:09-bk-14833-KSJ

**THE VUE-ORLANDO, LLC,**                         CHAPTER 11
a Delaware limited liability company,

                        **Debtor.**
_____/

### NOTICE OF EMERGENCY HEARING

**PLEASE TAKE NOTICE** that an emergency hearing has been set before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, on the **Wednesday, the 18th day of November 2009 at 2:00 p.m.**, at the United States Bankruptcy Court, 135 West Central Boulevard, 5th Floor, Courtroom B, Orlando, Florida 32801,

**MOTION OF DEBTOR SEEKING ORDER: (A) AUTHORIZING THE DEBTOR TO OBTAIN POST PETITION FINANCING FROM THE DIP LENDERS ON AN INTERIM BASIS PURSUANT TO SECTIOSN 105 AND 364 OF THE BANKRUPTCY CODE; (B) PROVIDING LIENS, SECURITY INTERESTS AND SUPERPRIORITY CLAIMS TO THE DIP LENDERS; AND (C) APPROVING THE FORM AND METHOD OF NOTICE THEREOF AND REQUEST FOR EMERGENCY  HEARING**
[Doc. No. 42]

and transact such other business as may properly come before the meeting.

All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

<u>Appropriate Attire</u>:  You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                          CASE NO. 6:09-bk-14833-KSJ

**THE VUE-ORLANDO, LLC,**           CHAPTER 11
a Delaware limited liability company,

             **Debtor.**
_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of the foregoing **NOTICE OF EMERGENCY HEARING** has been furnished by facsimile, electronic transmission and/or U.S. First Class mail, postage prepaid, to: The Vue-Orlando, LLC, Attn: Eric Moskowitz, WESTMINSTER PARTNERS II LLC, PO Box 624, Mundelein, IL 60060; Sovereign Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Sovereign Bank, c/o Louis T. DeLucia, Schiff Hardin LLP, 900 Third Avenue, 23rd Floor, New York, NY 10022 a/f petitioning creditor; Comerica Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Christopher G. Daniel, Charter One Bank, 53 State Street – MBS 970, Boston, MA 02109; Mega International Commercial Bank Co., Ltd., NY Branch, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Jack Rubenbauer, Director, Great American Insurance Company, One East 4th St., 3rd Floor, Cincinnati, OH 45202; Key Bank, c/o James S. Grodin, Foley & Lardner, P.O. Box 2193, Orlando, FL 32802-2193; Churchill Development Group, c/o Robert S. Hoofman, P.O. Box 3146, Orlando, FL 32802-3146; Richard B. Webber II, Zimmerman Kiser & Sutcliffe, 315 East Robinson St., Ste. 600, Orlando, FL 32801-4341; First Bank & Trust Company, Attn: Jeffrey W. Warren, P.O. Box 3913, Tampa, FL 33601-3913; the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and the list of 20 largest unsecured creditors and the Local Rule 1007-2 Parties-in-Interest List, as shown on the matrices attached to the original of this notice filed with the Court, this 12th day of November 2009.

                                                  /s/ R. Scott Shuker, Esq.
                                                  R. Scott Shuker, Esq.
                                                  Florida Bar No. 0984469
                                                  **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                                  390 N. Orange Avenue, Suite 600
                                                  Orlando, Florida 32802-3353
                                                  Telephone: 407-481-5800
                                                  Facsimile: 407-481-5801
                                                  Attorneys for Debtor