# United States Bankruptcy Court
## Middle District of Florida

In re    **The Vue-Orlando, LLC** _____ ,

Case No.   **6:09-bk-14833-KSJ** _____

                    Debtor

Chapter_____ **11** _____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **N/A** _____.

2. The following financial data is the latest available information and refers to debtor's condition on

_____.

| | | Approximate number of holders |
|---|---|---|
| a. Total assets | $_____ **0.00** | |
| b. Total debts (including debts listed in 2.c.,below) | $_____ **0.00** | |
| c. Debt securities held by more than 500 holders. | | |

| | | Approximate number of holders |
|---|---|---|
| secured / /   unsecured / /   subordinated / / | $_____ **0.00** | _____ **0** |
| secured / /   unsecured / /   subordinated / / | $_____ **0.00** | _____ **0** |
| secured / /   unsecured / /   subordinated / / | $_____ **0.00** | _____ **0** |
| secured / /   unsecured / /   subordinated / / | $_____ **0.00** | _____ **0** |
| secured / /   unsecured / /   subordinated / / | $_____ **0.00** | _____ **0** |
| d. Number of shares of preferred stock | _____ **0** | _____ **0** |
| e. Number of shares of common stock | _____ **0** | _____ **0** |

       Comments, if any:

3. Brief description of debtor's business:
   **Condominium Development and Sales**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Liberty Place - Orlando LLC 50%**
   **Orlando Vue Limited Partnership 50%**

# United States Bankruptcy Court
## Middle District of Florida

In re  **The Vue-Orlando, LLC** _____   Case No.   **6:09-bk-14833-KSJ**
_____ Debtor(s)         Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alvarez Sambol Wintrop 100 S. Orange Ave Ste. 200 Orlando, FL 32801-3220 | Alvarez Sambol Wintrop 100 S. Orange Ave Ste. 200 Orlando, FL 32801-3220 | Legal Fees | | 61,973.00 |
| Brotman, Elekman, Elekman c/o Gavin T. Elliot Caplan & Associates, PA 31 N. Hyer Ave. Orlando, FL 32801-2949 | Brotman, Elekman, Elekman c/o Gavin T. Elliot Caplan & Associates, PA Orlando, FL 32801-2949 | Civil Suit 9th Circuit/Orange County 2008 CA 17249 Helene Brotman, Suzette Elekman and Lloyd Elekman - Plaintiffs | Disputed | 68,985.00 |
| Cliff & Becky Kwitowski c/o Peter R. McGrath 801 N Magnolia Ave Suite 317 Orlando, FL 32803 | Cliff & Becky Kwitowski c/o Peter R. McGrath 801 N Magnolia Ave Orlando, FL 32803 | Civil Suit 9th Circuit/Orange County 07-CA-14225 | Disputed | 108,900.00 |
| Clifford & Becky Kwitowski 3206 S. Hopkins Ave. #25 Titusville, FL 32780 | Clifford & Becky Kwitowski 3206 S. Hopkins Ave. #25 Titusville, FL 32780 | Deposit for Unit 30 B06 | Disputed | 37,164.15 |
| Fausto J. Batista 16960 Cornerill Ct. Orlando, FL 32820 | Fausto J. Batista 16960 Cornerill Ct. Orlando, FL 32820 | Deposit for Unit 27 B09 | Disputed | 87,485.00 |
| Forum 2199 Innterbelt Business Cen St. Louis, MO 63114 | Forum 2199 Innterbelt Business Cen St. Louis, MO 63114 | Architecture | | 58,272.88 |
| Gabriel Klein 150 E. Robinson St. #1402 Orlando, FL 32801 | Gabriel Klein 150 E. Robinson St. #1402 Orlando, FL 32801 | Deposit for Unit 14 A14 | Disputed | 41,990.00 |
| Gabriel Klein c/o Gavin Elliot Caplan & Associates, PA 121 S Orange Ave Ste. 880 Orlando, FL 32801 | Gabriel Klein c/o Gavin Elliot Caplan & Associates, PA Orlando, FL 32801 | Civil Suit 9th Circuit/Orange County 2008-CA-16177 Final Judgment Entered June 1, 2009 | Disputed | 40,315.53 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Jason Roth<br>5017 City St. #1927<br>Orlando, FL 32839 | Jason Roth<br>5017 City St. #1927<br>Orlando, FL 32839 | Deposit for Unit 27 B02 | Disputed | 63,485.00 |
| Jill Carbonelli<br>c/o Joan Vecchioli<br>PO Box 1368<br>Clearwater, FL 33757-1368 | Jill Carbonelli<br>c/o Joan Vecchioli<br>PO Box 1368<br>Clearwater, FL 33757-1368 | Civil Suit<br>9th Circuit/Orange County<br>05CA2017 | Disputed | 216,769.43 |
| KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114 | KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114 | Key Mezz Fee | | 243,474.00 |
| Kyle Martel<br>3810 W. DeLeon St. #5<br>Tampa, FL 33609 | Kyle Martel<br>3810 W. DeLeon St. #5<br>Tampa, FL 33609 | Deposit for Unit 14 A22 | Disputed | 39,500.00 |
| Law Office of Richard Norris<br>7651-A Ashley Park Ct.<br>Suite 402<br>Orlando, FL 32835 | Law Office of Richard Norris<br>7651-A Ashley Park Ct.<br>Suite 402<br>Orlando, FL 32835 | Legal fees | | 29,017.87 |
| Lowndes Drosdick et al<br>PO Box 2809<br>Orlando, FL 32802 | Lowndes Drosdick et al<br>PO Box 2809<br>Orlando, FL 32802 | Legal fees | | 143,341.67 |
| Orlando Vue 33 LLC<br>12570 S Derby Rd.<br>Lamont, IL 60439 | Orlando Vue 33 LLC<br>12570 S Derby Rd.<br>Lamont, IL 60439 | Deposit for Unit 33 B01 | Disputed | 30,072.28 |
| Oscar Juarez<br>105 E. Robinson St. #300<br>Orlando, FL 32801 | Oscar Juarez<br>105 E. Robinson St. #300<br>Orlando, FL 32801 | Deposit for Unit 2 A04 | Disputed | 22,392.00 |
| OUC<br>PO Box 4901<br>Orlando, FL 32802-4901 | OUC<br>PO Box 4901<br>Orlando, FL 32802-4901 | Chilled Water and Unsold Utilities | | 43,947.96 |
| Theresa Braxton<br>130-29 23rd St.<br>Rosedale, NY 11422 | Theresa Braxton<br>130-29 23rd St.<br>Rosedale, NY 11422 | Deposit for Unit 33 B01 | Disputed | 26,500.00 |
| Tyler Dahn<br>6312 Buford St. Unit 505<br>Orlando, FL 32835 | Tyler Dahn<br>6312 Buford St. Unit 505<br>Orlando, FL 32835 | Deposit for Unit 30 B07 | Disputed | 52,440.95 |
| Vito Badalamenti<br>12754 Sumerset Oaks St.<br>Orlando, FL 32828 | Vito Badalamenti<br>12754 Sumerset Oaks St.<br>Orlando, FL 32828 | Deposit for Unit 25 B09 | Disputed | 50,437.97 |

B4 (Official Form 4) (12/07) - Cont.
In re   **The Vue-Orlando, LLC**                                    Case No.   **6:09-bk-14833-KSJ**
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Principal of The Vue-Orlando, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 19, 2009**              Signature   _____

**Charles D. Johanns**
**Principal of The Vue-Orlando, LLC**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re     **The Vue-Orlando, LLC**                                ,      Case No.   **6:09-bk-14833-KSJ**

                                            Debtor

Chapter                 **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 57,269,361.00 | | |
| B - Personal Property | Yes | 4 | 828,821.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 60,516,013.92 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 9 | | 669,433.43 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 1,077,330.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 58,098,182.82 | | |
| Total Liabilities | | | | 62,262,777.97 | |

# United States Bankruptcy Court
## Middle District of Florida

In re  **The Vue-Orlando, LLC**
_____,
                                    Debtor

Case No. __**6:09-bk-14833-KSJ**__

Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re     **The Vue-Orlando, LLC**                        Case No.   **6:09-bk-14833-KSJ**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Condominiums**<br>**150 E Robinson St., Ste. 200**<br>**Orlando, FL 32801**<br><br>**Tax assessed value** | | - | **57,269,361.00** | **60,516,013.92** |

| | | |
|---|---|---|
| Sub-Total > | **57,269,361.00** | (Total of this page) |
| Total > | **57,269,361.00** | |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re    **The Vue-Orlando, LLC**                                                        Case No.   **6:09-bk-14833-KSJ**
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating Account KeyBank National Association 66 S Pearl Street Albany, NY 12207-2524 Acct. No. XXXXXXXX0799** | - | **26,553.00** |
| | | **The Vue Orlando Account (DDA) Chase 1150 W. Maple Mundelein, IL  60060 Acct. No. XXXXX1343** | - | **8,883.46** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **OUC Deposit** | - | **80,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                          Sub-Total >        **115,436.46**
                                                                        (Total of this page)

**3**   continuation sheets attached to the Schedule of Personal Property

In re    **The Vue-Orlando, LLC**                                          ,          Case No.   __6:09-bk-14833-KSJ__
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Promissory Note from Michael Murray/Churchill Development Group, LLC** | - | 407,375.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Escrow deposits due Debtor held in Bayshore's Escrow Account** | - | 182,251.96 |

Sub-Total >        589,626.96
(Total of this page)

Sheet  __1__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re     **The Vue-Orlando, LLC**                                          Case No.   **6:09-bk-14833-KSJ**
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Tax proration refund due debtor from purchaser for disputed tax assessments as follows:**<br><br>**Unit 4 A03 = $3,610.48**<br>**Unit 3501 = $13,168.88; and**<br>**Unit 4 A04 = $2,546.70** | - | 19,326.06 |
| | | **Escrow deposits due Debtor held in Alvarez Account.** | - | 84,432.34 |
| | | **Escrow deposits due Debtor held in Rick Norris Account.** | - | 20,000.00 |
| | | **Potential claim against John Camp for termination of lease/purchase agreement for Unit 35 P4.** | - | Unknown |
| | | **Potential claim for recovery and/or overpayment of prepaid broker commission against John Camp and Metro Realty Mortgage regarding Unit 35 P4; Unit 30 C02; Unit 26 C01; 27 B06; and 31 B06** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >          **123,758.40**
(Total of this page)

Sheet  **2**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **The Vue-Orlando, LLC**                                          Case No.  __6:09-bk-14833-KSJ__
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >    828,821.82

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re     **The Vue-Orlando, LLC**        Case No.   **6:09-bk-14833-KSJ**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Charter One Bank, NA**<br>**c/o Christopher G. Daniel**<br>**53 State Street-MBS 970**<br>**Boston, MA 02109** | X | - | | | "A" Note<br>Condominiums<br>150 E Robinson St., Ste. 200<br>Orlando, FL 32801<br>Tax Assessed Value | | | | | |
| | | | | | Value $     57,269,361.00 | | | | 2,949,064.80 | 0.00 |
| Account No.<br><br>**Comerica Bank**<br>**c/o Larry Hacker**<br>**111 N. Magnolia Ave.**<br>**Ste. 1000**<br>**Orlando, FL 32801** | X | - | | | "A" Note<br>Condominiums<br>150 E Robinson St., Ste. 200<br>Orlando, FL 32801<br>Tax Assessed Value | | | | | |
| | | | | | Value $     57,269,361.00 | | | | 2,950,660.82 | 0.00 |
| Account No.<br><br>**CommerceBank, NA**<br>**Attn: Gerardo Ramos**<br>**220 Alhambra Circle**<br>**Cora Gables, FL 33134** | X | - | | | "A" Note<br>Condominiums<br>150 E Robinson St., Ste. 200<br>Orlando, FL 32801<br>Tax Assessed Value | | | | | |
| | | | | | Value $     57,269,361.00 | | | | 4,423,593.76 | 0.00 |
| Account No.<br><br>**First Bank & Trust**<br>**of Illinois**<br>**Dennis R. Ainger, VP**<br>**300 East Northwest Highway**<br>**Palatine, IL 60067** | X | - | | | "B" Note<br>Condominiums<br>150 E Robinson St., Ste. 200<br>Orlando, FL 32801<br>Tax Assessed Value | | | | | |
| | | | | | Value $     57,269,361.00 | | | | 14,769,166.66 | 0.00 |
| **2**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 25,092,486.04 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037       

B6D (Official Form 6D) (12/07) - Cont.

In re   __The Vue-Orlando, LLC_____,   Case No.   __6:09-bk-14833-KSJ__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **First Bank & Trust of Illinois c/o Jeffry Warren, Bus/Ross 1801 North Highland Ave. Tampa, FL 33602** | | | **Additional Notice: First Bank & Trust** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | "A" Note Condominiums 150 E Robinson St., Ste. 200 Orlando, FL 32801 Tax Assessed Value | | | | | |
| **Great American Financial Res c/o Jack Rubenbauer One East 4th Street 3rd Floor Cincinnati, OH 45202** | X | - | | | | | | |
| | | | Value $           57,269,361.00 | | | | 1,763,880.79 | 0.00 |
| Account No. | | | "A" Note Condominiums 150 E Robinson St., Ste. 200 Orlando, FL 32801 Tax Assessed Value | | | | | |
| **Great American Insurance Co c/o Jack Rubenbauer One East 4th Street 3rd Floor Cincinnati, OH 45202** | X | - | | | | | | |
| | | | Value $           57,269,361.00 | | | | 1,179,625.91 | 0.00 |
| Account No. | | | "A" Note Condominiums 150 E Robinson St., Ste. 200 Orlando, FL 32801 Tax Assessed Value | | | | | |
| **KeyBank National Assoc. 127 Public Square Cleveland, OH 44114** | X | - | | | | | | |
| | | | Value $           57,269,361.00 | | | | 7,384,351.61 | 0.00 |
| Account No. | | | "B" Note Condominiums 150 E Robinson St., Ste. 200 Orlando, FL 32801 Tax Assessed Value | | | | | |
| **KeyBank National Assoc. 127 Public Square Cleveland, OH 44114** | X | - | | | | | | |
| | | | Value $           57,269,361.00 | | | | 14,769,166.66 | 0.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 25,097,024.97 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **The Vue-Orlando, LLC**                                          ,   Case No.   **6:09-bk-14833-KSJ**
_____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| Account No. | | | | | "A" Note Condominiums 150 E Robinson St., Ste. 200 Orlando, FL 32801 Tax Assessed Value | | | | | |
| **Mega Int'l Commercial Bank c/o Priscilla Hsing, VP 65 Liberty Street New York, NY 10005** | X | - | | | | | | | | |
| | | | | | Value $         57,269,361.00 | | | | **2,950,660.82** | **0.00** |
| Account No. | | | | | "A" Note Condominiums 150 E Robinson St., Ste. 200 Orlando, FL 32801 Tax Assessed Value | | | | | |
| **Sovereign Bank c/o Steven A. Massey 3 Terry Drive Ste. 200 Newtown, PA 18940** | X | - | | | | | | | | |
| | | | | | Value $         57,269,361.00 | | | | **7,375,842.09** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **10,326,502.91** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **60,516,013.92** | **0.00** |

B6E (Official Form 6E) (12/07)

In re   **The Vue-Orlando, LLC**          Case No. __**6:09-bk-14833-KSJ**__
_____,
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__7__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re   **The Vue-Orlando, LLC**                                      Case No.  **6:09-bk-14833-KSJ**
_____                    _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. Armando Sanchez Christopher Sherwood 3760 SW 55th Ave. Davie, FL 33314 | - | | | Deposit for Unit 12 A20 | | | X | 1,000.00 | 0.00  1,000.00 |
| Account No. B Ray Jr/Christine Genthner 2202 Hoffner Ave. Orlando, FL 32809 | - | | | Deposit for Unit 4 A11 | | | X | 16,753.34 | 14,328.34  2,425.00 |
| Account No. Christine A. Fijak 19 Indian River Dr. #501 Cocoa, FL 32922 | - | | | Deposit for Unit 7 S08 | | | X | 13,868.80 | 11,443.80  2,425.00 |
| Account No. Clifford & Becky Kwitowski 3206 S. Hopkins Ave. #25 Titusville, FL 32780 | - | | | Deposit for Unit 30 B06 | | | X | 37,164.15 | 34,739.15  2,425.00 |
| Account No. Cynthia Simmins and Angela & David Johanssor 2200 Sutherland Ct. Geneva, FL 32732 | - | | | Deposit for Unit 7 S05 | | | X | 6,997.50 | 4,572.50  2,425.00 |

Sheet  **1**   of  **7**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                         75,783.79

65,083.79
10,700.00

In re   __The Vue-Orlando, LLC_____,   Case No.   __6:09-bk-14833-KSJ__
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for Unit 12 A12 | | | | | | |
| Darryl Padgett/Pelt 150 E. Robinson St. #2109 Orlando, FL 32801 | - | | | | | X | 11,146.55 | 8,721.55 | 2,425.00 |
| Account No. | | | Deposit for Unit 21 B07 | | | | | | |
| David Upegui 12957 S Orange Blossom Trail Orlando, FL 32837 | - | | | | | X | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | Deposit for Unit 12 A16 | | | | | | |
| Dora Pineda 5659 Berwood Drive Orlando, FL 32810 | - | | | | | X | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | Deposit for Unit 8 A18 | | | | | | |
| Edgar Minto 309 Geneveve Ave. Pacifica, CA 94044 | - | | | | | X | 17,561.58 | 15,136.58 | 2,425.00 |
| Account No. | | | Deposit for Unit 14 A05 | | | | | | |
| Gabriel Klein 150 E. Robinson St. #1402 Orlando, FL 32801 | - | | | | | X | 41,990.00 | 39,565.00 | 2,425.00 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    72,698.13

63,423.13

9,275.00

In re      **The Vue-Orlando, LLC**                                    Case No.    **6:09-bk-14833-KSJ**
_____,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Deposit for Unit 2 A16 | | | | | | |
| Harold Mata 2905 S Fairway Dr. Melbourne, FL 32901 | - | | | | | | X | | 13,283.71 | |
| | | | | | | | | 15,708.71 | | 2,425.00 |
| Account No. | | | | Deposit for Unit 31 B09 | | | | | | |
| James Dunning 150 E. Robinson St., #1227 Orlando, FL 32801 | - | | | | | | X | | 17,625.34 | |
| | | | | | | | | 20,050.34 | | 2,425.00 |
| Account No. | | | | Additional Notice: James Dunning | | | | Notice Only | | |
| Mykel Cheeseman 9690 Sweetleaf St. Orlando, FL 32827 | | | | | | | | | | |
| Account No. | | | | Additional Notice: James Dunning | | | | Notice Only | | |
| Mykel Cheeseman 207 King Street #512 San Francisco, CA 34107 | | | | | | | | | | |
| Account No. | | | | Deposit for Unit 12 A23 | | | | | | |
| Joseph Amato 16102 Barrelwood Lane Sanford, FL 32771 | - | | | | | | X | | 15,426.95 | |
| | | | | | | | | 17,851.95 | | 2,425.00 |
| Sheet **3** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | | 53,611.00 | 46,336.00 | 7,275.00 |

In re   **The Vue-Orlando, LLC**                                          Case No.   **6:09-bk-14833-KSJ**
_____ ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Deposit for Unit 4 A15 | | | | | | |
| Keith Eweka 715 Robellini Way Oveido, FL 32766 | - | | | | | | X | 16,659.95 | 14,234.95 | 2,425.00 |
| Account No. | | | | Deposit for Unit 14 A22 | | | | | | |
| Kyle Martel 3810 W. DeLeon St. #5 Tampa, FL 33609 | - | | | | | | X | 10,178.88 | 7,753.88 | 2,425.00 |
| Account No. | | | | Deposit for Unit 17 B07 and Unit 27 B02 ($1,000 for each Unit) | | | | | | |
| Natalia Osorio 11743 Coxham Ct. Orlando, FL 32837 | - | W | | | | | X | 2,000.00 | 0.00 | 2,000.00 |
| Account No. | | | | Deposit for Unit 33 B01 | | | | | | |
| Orlando Vue 33 LLC 12570 S Derby Rd. Lamont, IL 60439 | - | | | | | | X | 36,755.01 | 34,330.01 | 2,425.00 |
| Account No. | | | | Deposit for Unit 2 A04 | | | | | | |
| Oscar Juarez 105 E. Robinson St. #300 Orlando, FL 32801 | - | | | | | | X | 22,392.00 | 19,967.00 | 2,425.00 |

Sheet **4** of **7** continuation sheets attached to                    Subtotal                     76,285.84
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)   87,985.84   11,700.00

In re __The Vue-Orlando, LLC__ , Case No. __6:09-bk-14833-KSJ__
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for Unit 27 B09 | | | | | | |
| Ovidiu Nasui 150 E. Robinson St. #____ Orlando, FL 32801 | | - | | | | X | 15,000.00 | 12,575.00 | 2,425.00 |
| Account No. | | | Deposit for Unit 6 S16 | | | | | | |
| Sarah Beddow 934 Tropic Blvd. Delray Beach, FL 33483 | | | | | | X | 16,629.34 | 14,204.34 | 2,425.00 |
| Account No. | | | Deposit for Unit 14 A11 | | | | | | |
| Theresa Braxton 130-29 23rd St. Rosedale, NY 11422 | | - | | | | X | 26,595.83 | 24,170.83 | 2,425.00 |
| Account No. | | | Deposit for Unit 30 B07 | | | | | | |
| Tyler Dahn 6312 Buford St. Unit 505 Orlando, FL 32835 | | - | | | | X | 53,440.95 | 51,015.95 | 2,425.00 |
| Account No. | | | Deposit for Unit 2 A14 | | | | | | |
| Uyen Close 300 Oak St. Melbourne, FL 32951 | | - | | | | X | 12,819.30 | 10,394.30 | 2,425.00 |

Sheet __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  124,485.42    112,360.42
                                    12,125.00

In re    The Vue-Orlando, LLC                                        ,        Case No.    **6:09-bk-14833-KSJ**
                                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for Unit 25 B09 | | | | | | |
| Vito Badalamenti 12754 Sumerset Oaks St. Orlando, FL 32828 | | - | | | | X | 50,437.97 | 48,012.97 | 2,425.00 |
| Account No. | | | Deposit for Unit 8 A19 | | | | | | |
| Windsor L. Rodriguez 3709 Mockingbird Lane Orlando, FL 32803 | | - | | | | X | 12,551.44 | 10,126.44 | 2,425.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **6** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          62,989.41

58,139.41
4,850.00

In re __The Vue-Orlando, LLC_____,  Case No. __6:09-bk-14833-KSJ__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Florida Dept of Revenue Attn: Executive Director 5050 W Tennessee St Tallahassee, FL 32399-0140** | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **Internal Revenue Service Centralized Insolvency Ops PO Box 21126 Philadelphia, PA 19114** | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **Internal Revenue Svc* Spec Proc Function PO Box 35045, Stop 5720 Jacksonville, FL 32202** | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | **2009 tax year** | | | | | |
| **Orange Cty Tax Collector Attn: Earl K. Wood PO Box 2551 Orlando, FL 32802-2551** | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **SEC Branch of Reorganization 3475 Lenox Rd NE #1000 Atlanta, GA 30326** | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __7__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |
| Total | | 421,628.59 |
| (Report on Summary of Schedules) | 477,553.59 | 55,925.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re __The Vue-Orlando, LLC_____,        Case No. __6:09-bk-14833-KSJ__
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Legal Fees | | | | |
| Alvarez Sambol Wintrop 100 S. Orange Ave Ste. 200 Orlando, FL 32801-3220 | | - | | | | | | 61,973.00 |
| Account No. | | | | Civil Suit 9th Circuit/Orange County 2008 CA 17249 Helene Brotman, Suzette Elekman and Lloyd Elekman - Plaintiffs | | | X | |
| Brotman, Elekman, Elekman c/o Gavin T. Elliot Caplan & Associates, PA 31 N. Hyer Ave. Orlando, FL 32801-2949 | | - | | | | | | 68,985.00 |
| Account No. | | | | Civil Suit 9th Circuit/Orange County 07-CA-14225 | | | X | |
| Cliff & Becky Kwitowski c/o Peter R. McGrath 801 N Magnolia Ave Suite 317 Orlando, FL 32803 | | - | | | | | | 108,900.00 |
| Account No. | | | | 2009 Warranty | | | | |
| Compton Development Group 33 E Pine Street Orlando, FL 32801 | | - | | | | | | 3,974.00 |
| __4__   continuation sheets attached | | | | | | Subtotal (Total of this page) | | 243,832.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29566-091116    Best Case Bankruptcy

In re  __The Vue-Orlando, LLC__ _____ ,   Case No. __6:09-bk-14833-KSJ__ _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | |
| Account No.<br><br>**Fisher & Phillips LLP**<br>**2300 SunTrust Financial Cent**<br>**401 E Jackson St.**<br>**Tampa, FL 33602** | - | **2008**<br>**Legal fees** | | | | | | 630.00 |
| Account No.<br><br>**Forum**<br>**2199 Innterbelt Business Cen**<br>**St. Louis, MO 63114** | - | **2008 - 2009**<br>**Architecture** | | | | | | 58,272.88 |
| Account No.<br><br>**Gabriel Klein**<br>**c/o Gavin Elliot**<br>**Caplan & Associates, PA**<br>**121 S Orange Ave Ste. 880**<br>**Orlando, FL 32801** | - | **June 1, 2009**<br>**Civil Suit**<br>**9th Circuit/Orange County**<br>**2008-CA-16177**<br>**Final Judgment Entered June 1, 2009** | | | | | X | 40,315.53 |
| Account No.<br><br>**Jill Carbonelli**<br>**c/o Joan Vecchioli**<br>**PO Box 1368**<br>**Clearwater, FL 33757-1368** | - | **Civil Suit**<br>**9th Circuit/Orange County**<br>**05CA2017** | | | | | X | 216,769.43 |
| Account No.<br><br>**Joseph & Anne Schultz**<br>**13 Porto Cervo Dr.**<br>**Monarch Beach, CA 32629** | - | **8/31/09**<br>**2008 Tax Proration** | | | | | | 6,200.88 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

322,188.72

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **The Vue-Orlando, LLC**                                           Case No.  **6:09-bk-14833-KSJ**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2008-2009 Key Mezz Fee | | | | |
| KeyBank National Assoc. 127 Public Square Cleveland, OH 44114 | | - | | | | | | 243,474.00 |
| Account No. | | | | 2/25/2008 Marketing | | | | |
| Knight Images 130 S. Orange Ave. Mezzanine Ste. 150 Orlando, FL 32801 | | - | | | | | | 17,741.02 |
| Account No. | | | | 4/15/2009 Legal fees | | | | |
| Law Office of Richard Norris 7651-A Ashley Park Ct. Suite 402 Orlando, FL 32835 | | - | | | | | | 29,017.87 |
| Account No. | | | | 2008-2009 Legal fees | | | | |
| Lowndes Drosdick et al PO Box 2809 Orlando, FL 32802 | | - | | | | | | 143,341.67 |
| Account No. | | | | Civil Suit Orange County 08CA006383 | | | X | |
| Mike Murray/Churchill Dev. c/o Robert Hoofman PO Box 3146 Orlando, FL 32802-3146 | | - | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 433,574.56 |

In re    **The Vue-Orlando, LLC**                                         Case No.  **6:09-bk-14833-KSJ**
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Civil Suit 9th Circuit/Orange County 2008-CA-20759 | | | | |
| Nahiya Romano c/o Mario A. Garcia 400 North Ferncreek Ave. Orlando, FL 32803 | | - | | | | X | Unknown |
| Account No. | | | 918/09 Management Fee | | | | |
| Orlando Vue Management Corp Attn:  Ms. Mary Berndt PO Box 624 Mundelein, IL 60060 | | - | | | | | 30,000.00 |
| Account No. | | | July and August 2009 Chilled Water and Unsold Utilities | | | | |
| OUC PO Box 4901 Orlando, FL 32802-4901 | | - | | | | | 43,947.96 |
| Account No. | | | 2009 Legal fees | | | | |
| Schafer Mitchell & Sheridan 541 S Orlando Ave. Suite 300 Maitland, FL 32751 | | - | | | | | 246.00 |
| Account No. | | | 2009 Legal fees | | | | |
| SK Client Fund Account 1247 Waukegan Rd. Suite 100 Glenview, IL 60025 | | - | | | | | 8,017.26 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                82,211.22

In re  __The Vue-Orlando, LLC_____ ,    Case No. __6:09-bk-14833-KSJ_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/07/2009 Legal fees | | | | |
| Upchurch Watson White & Max 1060 Maitland Center Commons Suite 440 Maitland, FL 32751 | | - | | | | | | 1,725.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,725.00 |
| Total (Report on Summary of Schedules) | 1,083,531.50 |

In re  **The Vue-Orlando, LLC**                                                                 Case No.  **6:09-bk-14833-KSJ**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **John Camp**<br>**322 E Central Blvd.**<br>**Ste. 220**<br>**Orlando, FL 32801** | **Lease to own Unit 35 P4.** |
| **Orlando Utilities Commission** | **Chilled Water Service Agreement between Orlando Utilities Commission and The Vue-Orlando, LLC for The Vue at Lake Eola.** |
| **Ovidiu Bogdan Nasui**<br>**150 E Robinson St.**<br>**Orlando, FL 32801** | **Lease to own Unit 27 B09** |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **The Vue-Orlando, LLC**                                      Case No.   **6:09-bk-14833-KSJ**
                                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Charter One Bank, NA**<br>**c/o Christopher G. Daniel**<br>**53 State Street-MBS 970**<br>**Boston, MA 02109** |
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Comerica Bank**<br>**c/o Larry Hacker**<br>**111 N. Magnolia Ave.**<br>**Ste. 1000**<br>**Orlando, FL 32801** |
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **CommerceBank, NA**<br>**Attn:  Gerardo Ramos**<br>**220 Alhambra Circle**<br>**Cora Gables, FL 33134** |
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **First Bank & Trust**<br>**of Illinois**<br>**Dennis R. Ainger, VP**<br>**300 East Northwest Highway**<br>**Palatine, IL 60067** |
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Great American Financial Res**<br>**c/o Jack Rubenbauer**<br>**One East 4th Street**<br>**3rd Floor**<br>**Cincinnati, OH 45202** |
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Great American Insurance Co**<br>**c/o Jack Rubenbauer**<br>**One East 4th Street**<br>**3rd Floor**<br>**Cincinnati, OH 45202** |
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **KeyBank National Assoc.**<br>**127 Public Square**<br>**Cleveland, OH 44114** |
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **KeyBank National Assoc.**<br>**127 Public Square**<br>**Cleveland, OH 44114** |
| **Charles D. Johanns**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Mega Int'l Commercial Bank**<br>**c/o Priscilla Hsing, VP**<br>**65 Liberty Street**<br>**New York, NY 10005** |

**4**

_____ continuation sheets attached to Schedule of Codebtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Charles D. Johanns<br>P.O. Box 624<br>Mundelein, IL 60060 | Sovereign Bank<br>c/o Steven A. Massey<br>3 Terry Drive<br>Ste. 200<br>Newtown, PA 18940 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | Charter One Bank, NA<br>c/o Christopher G. Daniel<br>53 State Street-MBS 970<br>Boston, MA 02109 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | Comerica Bank<br>c/o Larry Hacker<br>111 N. Magnolia Ave.<br>Ste. 1000<br>Orlando, FL 32801 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | CommerceBank, NA<br>Attn:  Gerardo Ramos<br>220 Alhambra Circle<br>Cora Gables, FL 33134 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | First Bank & Trust<br> of Illinois<br>Dennis R. Ainger, VP<br>300 East Northwest Highway<br>Palatine, IL 60067 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | Great American Financial Res<br>c/o Jack Rubenbauer<br>One East 4th Street<br>3rd Floor<br>Cincinnati, OH 45202 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | Great American Insurance Co<br>c/o Jack Rubenbauer<br>One East 4th Street<br>3rd Floor<br>Cincinnati, OH 45202 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114 |
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | Mega Int'l Commercial Bank<br>c/o Priscilla Hsing, VP<br>65 Liberty Street<br>New York, NY 10005 |

Sheet  **1**  of  **4**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Erik Moskowitz<br>P.O. Box 624<br>Mundelein, IL 60060 | Sovereign Bank<br>c/o Steven A. Massey<br>3 Terry Drive<br>Ste. 200<br>Newtown, PA 18940 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | Charter One Bank, NA<br>c/o Christopher G. Daniel<br>53 State Street-MBS 970<br>Boston, MA 02109 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | Comerica Bank<br>c/o Larry Hacker<br>111 N. Magnolia Ave.<br>Ste. 1000<br>Orlando, FL 32801 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | CommerceBank, NA<br>Attn:  Gerardo Ramos<br>220 Alhambra Circle<br>Cora Gables, FL 33134 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | First Bank & Trust<br> of Illinois<br>Dennis R. Ainger, VP<br>300 East Northwest Highway<br>Palatine, IL 60067 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | Great American Financial Res<br>c/o Jack Rubenbauer<br>One East 4th Street<br>3rd Floor<br>Cincinnati, OH 45202 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | Great American Insurance Co<br>c/o Jack Rubenbauer<br>One East 4th Street<br>3rd Floor<br>Cincinnati, OH 45202 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114 |
| R. Warren Crews<br>P.O. Box 624<br>Mundelein, IL 60060 | Mega Int'l Commercial Bank<br>c/o Priscilla Hsing, VP<br>65 Liberty Street<br>New York, NY 10005 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re     **The Vue-Orlando, LLC**                                        Case No.   **6:09-bk-14833-KSJ**
_____,
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **R. Warren Crews**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Sovereign Bank**<br>**c/o Steven A. Massey**<br>**3 Terry Drive**<br>**Ste. 200**<br>**Newtown, PA 18940** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Charter One Bank, NA**<br>**c/o Christopher G. Daniel**<br>**53 State Street-MBS 970**<br>**Boston, MA 02109** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Comerica Bank**<br>**c/o Larry Hacker**<br>**111 N. Magnolia Ave.**<br>**Ste. 1000**<br>**Orlando, FL 32801** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **CommerceBank, NA**<br>**Attn:  Gerardo Ramos**<br>**220 Alhambra Circle**<br>**Cora Gables, FL 33134** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **First Bank & Trust**<br>**of Illinois**<br>**Dennis R. Ainger, VP**<br>**300 East Northwest Highway**<br>**Palatine, IL 60067** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Great American Financial Res**<br>**c/o Jack Rubenbauer**<br>**One East 4th Street**<br>**3rd Floor**<br>**Cincinnati, OH 45202** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Great American Insurance Co**<br>**c/o Jack Rubenbauer**<br>**One East 4th Street**<br>**3rd Floor**<br>**Cincinnati, OH 45202** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **KeyBank National Assoc.**<br>**127 Public Square**<br>**Cleveland, OH 44114** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **KeyBank National Assoc.**<br>**127 Public Square**<br>**Cleveland, OH 44114** |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Mega Int'l Commercial Bank**<br>**c/o Priscilla Hsing, VP**<br>**65 Liberty Street**<br>**New York, NY 10005** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re <u>The Vue-Orlando, LLC</u>                                      Case No. <u>6:09-bk-14833-KSJ</u>

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Richard M. Swanson**<br>**P.O. Box 624**<br>**Mundelein, IL 60060** | **Sovereign Bank**<br>**c/o Steven A. Massey**<br>**3 Terry Drive**<br>**Ste. 200**<br>**Newtown, PA 18940** |

Sheet <u>4</u> of <u>4</u> continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    __The Vue-Orlando, LLC__                           Case No.    __6:09-bk-14833-KSJ__

                                     Debtor(s)               Chapter     __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Principal of The Vue-Orlando, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___29___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    __November 19, 2009__                 Signature     _____

                                              **Charles D. Johanns**
                                              **Principal of The Vue-Orlando, LLC**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **The Vue-Orlando, LLC**                                          Case No.   **6:09-bk-14833-KSJ**

                                      Debtor

Chapter             **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Liberty Place - Orlando LLC**<br>**c/o Westminster Partners II**<br>**PO Box 624**<br>**Mundelein, IL 60060** | **N/A** | **50%** | **Member** |
| **Orlando Vue LP**<br>**c/o PC Homes Investors, Inc.**<br>**201 E. Ogden Ave., Ste. 26**<br>**Hinsdale, IL 60521-3597** | **N/A** | **50%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Principal of The Vue-Orlando, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 19, 2009**             Signature _____

                                                    **Charles D. Johanns**<br>                                                    **Principal of The Vue-Orlando, LLC**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    __The Vue-Orlando, LLC__ _____  Case No.   __6:09-bk-14833-KSJ__

                                           Debtor(s)         Chapter      __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Principal of The Vue-Orlando, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __November 19, 2009__ _____           _____

                                            **Charles D. Johanns/Principal of The Vue-Orlando, LLC**
                                            Signer/Title

The Vue-Orlando, LLC
The Vue Orlando, LLC
Attn: Charles D. Johanns
P.O. Box 624
Mundelein, IL 60060

Clifford & Becky Kwitowski
3206 S. Hopkins Ave. #25
Titusville, FL 32780

First Bank & Trust
of Illinois
Dennis R. Ainger, VP
300 East Northwest Highway
Palatine, IL 60067

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Comerica Bank
c/o Larry Hacker
111 N. Magnolia Ave.
Ste. 1000
Orlando, FL 32801

First Bank & Trust
of Illinois
c/o Jeffry Warren, Bus/Ross
1801 North Highland Ave.
Tampa, FL 33602

Alvarez Sambol Wintrop
100 S. Orange Ave
Ste. 200
Orlando, FL 32801-3220

CommerceBank, NA
Attn: Gerardo Ramos
220 Alhambra Circle
Cora Gables, FL 33134

Fisher & Phillips LLP
2300 SunTrust Financial Cent
401 E Jackson St.
Tampa, FL 33602

Armando Sanchez
Christopher Sherwood
3760 SW 55th Ave.
Davie, FL 33314

Compton Development Group
33 E Pine Street
Orlando, FL 32801

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

B Ray Jr/Christine Genthner
2202 Hoffner Ave.
Orlando, FL 32809

Cynthia Simmins and
Angela & David Johanssor
2200 Sutherland Ct.
Geneva, FL 32732

Forum
2199 Innterbelt Business Cen
St. Louis, MO 63114

Brotman, Elekman, Elekman
c/o Gavin T. Elliot
Caplan & Associates, PA
31 N. Hyer Ave.
Orlando, FL 32801-2949

Darryl Padgett/Pelt
150 E. Robinson St. #2109
Orlando, FL 32801

Gabriel Klein
c/o Gavin Elliot
Caplan & Associates, PA
121 S Orange Ave Ste. 880
Orlando, FL 32801

Charles D. Johanns
P.O. Box 624
Mundelein, IL 60060

David Upegui
12957 S Orange Blossom Trail
Orlando, FL 32837

Gabriel Klein
150 E. Robinson St. #1402
Orlando, FL 32801

Charter One Bank, NA
c/o Christopher G. Daniel
53 State Street-MBS 970
Boston, MA 02109

Dora Pineda
5659 Berwood Drive
Orlando, FL 32810

Great American Financial Res
c/o Jack Rubenbauer
One East 4th Street
3rd Floor
Cincinnati, OH 45202

Christine A. Fijak
19 Indian River Dr. #501
Cocoa, FL 32922

Edgar Minto
309 Geneveve Ave.
Pacifica, CA 94044

Great American Insurance Co
c/o Jack Rubenbauer
One East 4th Street
3rd Floor
Cincinnati, OH 45202

Cliff & Becky Kwitowski
c/o Peter R. McGrath
801 N Magnolia Ave
Suite 317
Orlando, FL 32803

Erik Moskowitz
P.O. Box 624
Mundelein, IL 60060

Harold Mata
2905 S Fairway Dr.
Melbourne, FL 32901

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

Kyle Martel
3810 W. DeLeon St. #5
Tampa, FL 33609

Orange Cty Tax Collector
Attn: Earl K. Wood
PO Box 2551
Orlando, FL 32802-2551

Internal Revenue Svc*
Spec Proc Function
PO Box 35045, Stop 5720
Jacksonville, FL 32202

Law Office of Richard Norris
7651-A Ashley Park Ct.
Suite 402
Orlando, FL 32835

Orlando Utilities Commission

James Dunning
150 E. Robinson St., #1227
Orlando, FL 32801

Liberty Place - Orlando LLC
c/o Westminster Partners II
PO Box 624
Mundelein, IL 60060

Orlando Vue 33 LLC
12570 S Derby Rd.
Lamont, IL 60439

Jill Carbonelli
c/o Joan Vecchioli
PO Box 1368
Clearwater, FL 33757-1368

Lowndes Drosdick et al
PO Box 2809
Orlando, FL 32802

Orlando Vue LP
c/o PC Homes Investors, Inc.
201 E. Ogden Ave., Ste. 26
Hinsdale, IL 60521-3597

John Camp
322 E Central Blvd.
Ste. 220
Orlando, FL 32801

Mega Int'l Commercial Bank
c/o Priscilla Hsing, VP
65 Liberty Street
New York, NY 10005

Orlando Vue Management Corp
Attn: Ms. Mary Berndt
PO Box 624
Mundelein, IL 60060

Joseph & Anne Schultz
13 Porto Cervo Dr.
Monarch Beach, CA 32629

Mike Murray/Churchill Dev.
c/o Robert Hoofman
PO Box 3146
Orlando, FL 32802-3146

Oscar Juarez
105 E. Robinson St. #300
Orlando, FL 32801

Joseph Amato
16102 Barrelwood Lane
Sanford, FL 32771

Mykel Cheeseman
9690 Sweetleaf St.
Orlando, FL 32827

OUC
PO Box 4901
Orlando, FL 32802-4901

Keith Eweka
715 Robellini Way
Oveido, FL 32766

Mykel Cheeseman
207 King Street #512
San Francisco, CA 34107

Ovidiu Bogdan Nasui
150 E Robinson St.
Orlando, FL 32801

KeyBank National Assoc.
127 Public Square
Cleveland, OH 44114

Nahiya Romano
c/o Mario A. Garcia
400 North Ferncreek Ave.
Orlando, FL 32803

Ovidiu Nasui
150 E. Robinson St.
Orlando, FL 32801

Knight Images
130 S. Orange Ave.
Mezzanine Ste. 150
Orlando, FL 32801

Natalia Osorio
11743 Coxham Ct.
Orlando, FL 32837

R. Warren Crews
P.O. Box 624
Mundelein, IL 60060

Richard M. Swanson
P.O. Box 624
Mundelein, IL 60060

Vito Badalamenti
12754 Sumerset Oaks St.
Orlando, FL 32828

Sarah Beddow
934 Tropic Blvd.
Delray Beach, FL 33483

Windsor L. Rodriguez
3709 Mockingbird Lane
Orlando, FL 32803

Schafer Mitchell & Sheridan
641 S Orlando Ave.
Suite 300
Maitland, FL 32751

SEC
Branch of Reorganization
3475 Lenox Rd NE #1000
Atlanta, GA 30326

SK Client Fund Account
1247 Waukegan Rd.
Suite 100
Glenview, IL 60025

Sovereign Bank
c/o Steven A. Massey
3 Terry Drive
Ste. 200
Newtown, PA 18940

Theresa Braxton
130-29 23rd St.
Rosedale, NY 11422

Tyler Dahn
6312 Buford St. Unit 505
Orlando, FL 32835

Upchurch Watson White & Max
1060 Maitland Center Commons
Suite 440
Maitland, FL 32751

Uyen Close
300 Oak St.
Melbourne, FL 32951