| Parcel Number | Floor | Unit |
|---|---|---|
| 25-22-29-8950-02102 | 2 | A02 |
| 25-22-29-8950-02104 | 2 | A04 |
| 25-22-29-8950-02106 | 2 | A06 |
| 25-22-29-8950-02107 | 2 | A07 |
| 25-22-29-8950-02108 | 2 | A08 |
| 25-22-29-8950-02111 | 2 | A11 |
| 25-22-29-8950-02112 | 2 | A12 |
| 25-22-29-8950-02114 | 2 | A14 |
| 25-22-29-8950-02116 | 2 | A16 |
| 25-22-29-8950-04101 | 4 | A01 |
| 25-22-29-8950-04102 | 4 | A02 |
| 25-22-29-8950-04108 | 4 | A08 |
| 25-22-29-8950-04109 | 4 | A09 |
| 25-22-29-8950-04111 | 4 | A11 |
| 25-22-29-8950-04112 | 4 | A12 |
| 25-22-29-8950-04113 | 4 | A13 |
| 25-22-29-8950-04115 | 4 | A15 |
| 25-22-29-8950-04116 | 4 | A16 |
| 25-22-29-8950-06004 | 6 | S04 |
| 25-22-29-8950-06008 | 6 | S08 |
| 25-22-29-8950-06009 | 6 | S09 |
| 25-22-29-8950-06010 | 6 | S10 |
| 25-22-29-8950-06016 | 6 | S16 |
| 25-22-29-8950-06019 | 6 | S19 |
| 25-22-29-8950-06020 | 6 | S20 |
| 25-22-29-8950-06022 | 6 | S22 |
| 25-22-29-8950-07004 | 7 | S04 |
| 25-22-29-8950-07005 | 7 | S05 |
| 25-22-29-8950-07006 | 7 | S06 |
| 25-22-29-8950-07008 | 7 | S08 |
| 25-22-29-8950-07010 | 7 | S10 |
| 25-22-29-8950-07014 | 7 | S14 |
| 25-22-29-8950-08101 | 8 | A01 |
| 25-22-29-8950-08103 | 8 | A03 |
| 25-22-29-8950-08107 | 8 | A07 |
| 25-22-29-8950-08108 | 8 | A08 |
| 25-22-29-8950-08110 | 8 | A10 |
| 25-22-29-8950-08111 | 8 | A11 |
| 25-22-29-8950-08114 | 8 | A14 |
| 25-22-29-8950-08117 | 8 | A17 |
| 25-22-29-8950-08118 | 8 | A18 |
| 25-22-29-8950-08119 | 8 | A19 |
| 25-22-29-8950-08124 | 8 | A24 |
| 25-22-29-8950-10103 | 10 | A03 |
| 25-22-29-8950-10108 | 10 | A08 |

EXHIBIT A

| Parcel ID | Unit | Space |
|---|---|---|
| 25-22-29-8950-10110 | 10 | A10 |
| 25-22-29-8950-10114 | 10 | A14 |
| 25-22-29-8950-10115 | 10 | A15 |
| 25-22-29-8950-10117 | 10 | A17 |
| 25-22-29-8950-10120 | 10 | A20 |
| 25-22-29-8950-10122 | 10 | A22 |
| 25-22-29-8950-10123 | 10 | A23 |
| 25-22-29-8950-12102 | 12 | A02 |
| 25-22-29-8950-12106 | 12 | A06 |
| 25-22-29-8950-12107 | 12 | A07 |
| 25-22-29-8950-12114 | 12 | A14 |
| 25-22-29-8950-12116 | 12 | A16 |
| 25-22-29-8950-12117 | 12 | A17 |
| 25-22-29-8950-12120 | 12 | A20 |
| 25-22-29-8950-12121 | 12 | A21 |
| 25-22-29-8950-12122 | 12 | A22 |
| 25-22-29-8950-12123 | 12 | A23 |
| 25-22-29-8950-14105 | 14 | A05 |
| 25-22-29-8950-14106 | 14 | A06 |
| 25-22-29-8950-14107 | 14 | A07 |
| 25-22-29-8950-14108 | 14 | A08 |
| 25-22-29-8950-14109 | 14 | A09 |
| 25-22-29-8950-14111 | 14 | A11 |
| 25-22-29-8950-14112 | 14 | A12 |
| 25-22-29-8950-14117 | 14 | A17 |
| 25-22-29-8950-14119 | 14 | A19 |
| 25-22-29-8950-14120 | 14 | A20 |
| 25-22-29-8950-14122 | 14 | A22 |
| 25-22-29-8950-14123 | 14 | A23 |
| 25-22-29-8950-14124 | 14 | A24 |
| 25-22-29-8950-16204 | 16 | B04 |
| 25-22-29-8950-17202 | 17 | B02 |
| 25-22-29-8950-17205 | 17 | B05 |
| 25-22-29-8950-17207 | 17 | B07 |
| 25-22-29-8950-17208 | 17 | B08 |
| 25-22-29-8950-17301 | 17 | C01 |
| 25-22-29-8950-18202 | 18 | B02 |
| 25-22-29-8950-19201 | 19 | B01 |
| 25-22-29-8950-19301 | 19 | C01 |
| 25-22-29-8950-21207 | 21 | B07 |
| 25-22-29-8950-21209 | 21 | B09 |
| 25-22-29-8950-21301 | 21 | C01 |
| 25-22-29-8950-22203 | 22 | B03 |
| 25-22-29-8950-22204 | 22 | B04 |
| 25-22-29-8950-22207 | 22 | B07 |
| 25-22-29-8950-22208 | 22 | B08 |
| 25-22-29-8950-22301 | 22 | C01 |

EXHIBIT A

| Parcel ID | Unit | Room |
|---|---|---|
| 25-22-29-8950-23202 | 23 | B02 |
| 25-22-29-8950-23203 | 23 | B03 |
| 25-22-29-8950-23205 | 23 | B05 |
| 25-22-29-8950-23207 | 23 | B07 |
| 25-22-29-8950-23301 | 23 | C01 |
| 25-22-29-8950-24302 | 24 | C02 |
| 25-22-29-8950-25301 | 25 | C01 |
| 25-22-29-8950-26201 | 26 | B01 |
| 25-22-29-8950-26203 | 26 | B03 |
| 25-22-29-8950-26204 | 26 | B04 |
| 25-22-29-8950-26206 | 26 | B06 |
| 25-22-29-8950-26207 | 26 | B07 |
| 25-22-29-8950-26301 | 26 | C01 |
| 25-22-29-8950-26302 | 26 | C02 |
| 25-22-29-8950-27202 | 27 | B02 |
| 25-22-29-8950-27203 | 27 | B03 |
| 25-22-29-8950-27209 | 27 | B09 |
| 25-22-29-8950-27301 | 27 | C01 |
| 25-22-29-8950-28202 | 28 | B02 |
| 25-22-29-8950-28203 | 28 | B03 |
| 25-22-29-8950-28204 | 28 | B04 |
| 25-22-29-8950-28206 | 28 | B06 |
| 25-22-29-8950-28209 | 28 | B09 |
| 25-22-29-8950-28302 | 28 | C02 |
| 25-22-29-8950-29203 | 29 | B03 |
| 25-22-29-8950-29204 | 29 | B04 |
| 25-22-29-8950-29206 | 29 | B06 |
| 25-22-29-8950-29209 | 29 | B09 |
| 25-22-29-8950-29302 | 29 | C02 |
| 25-22-29-8950-30202 | 30 | B02 |
| 25-22-29-8950-30204 | 30 | B04 |
| 25-22-29-8950-30207 | 30 | B07 |
| 25-22-29-8950-30208 | 30 | B08 |
| 25-22-29-8950-30209 | 30 | B09 |
| 25-22-29-8950-30302 | 30 | C02 |
| 25-22-29-8950-30201 | 31 | B01 |
| 25-22-29-8950-31202 | 31 | B02 |
| 25-22-29-8950-31203 | 31 | B03 |
| 25-22-29-8950-31204 | 31 | B04 |
| 25-22-29-8950-31207 | 31 | B07 |
| 25-22-29-8950-31208 | 31 | B08 |
| 25-22-29-8950-31209 | 31 | B09 |
| 25-22-29-8950-31302 | 31 | C02 |
| 25-22-29-8950-32201 | 32 | B01 |
| 25-22-29-8950-32202 | 32 | B02 |
| 25-22-29-8950-32203 | 32 | B03 |
| 25-22-29-8950-32204 | 32 | B04 |

EXHIBIT A

| Parcel ID | Lot | Unit |
|---|---|---|
| 25-22-29-8950-32205 | 32 | B05 |
| 25-22-29-8950-32206 | 32 | B06 |
| 25-22-29-8950-32207 | 32 | B07 |
| 25-22-29-8950-32208 | 32 | B08 |
| 25-22-29-8950-32302 | 32 | C02 |
| 25-22-29-8950-33202 | 33 | B02 |
| 25-22-29-8950-33203 | 33 | B03 |
| 25-22-29-8950-33204 | 33 | B04 |
| 25-22-29-8950-33206 | 33 | B06 |
| 25-22-29-8950-33207 | 33 | B07 |
| 25-22-29-8950-33208 | 33 | B08 |
| 25-22-29-8950-33209 | 33 | B09 |
| 25-22-29-8950-33302 | 33 | C02 |
| 25-22-29-8950-34202 | 34 | B02 |
| 25-22-29-8950-34203 | 34 | B03 |
| 25-22-29-8950-34204 | 34 | B04 |
| 25-22-29-8950-34206 | 34 | B06 |
| 25-22-29-8950-34207 | 34 | B07 |
| 25-22-29-8950-34208 | 34 | B08 |
| 25-22-29-8950-34301 | 34 | C01 |
| 25-22-29-8950-34302 | 34 | C02 |
| 25-22-29-8950-35202 | 35 | B02 |
| 25-22-29-8950-35203 | 35 | B03 |
| 25-22-29-8950-35204 | 35 | B04 |
| 25-22-29-8950-35205 | 35 | B05 |
| 25-22-29-8950-35206 | 35 | B06 |
| 25-22-29-8950-01010 | COMM | 1A |
| 25-22-29-8950-01020 | COMM | 1B |
| 25-22-29-8950-01030 | COMM | 1C |
| 25-22-29-8950-01040 | COMM | 1D |
| 25-22-29-8950-01050 | COMM | 1E |
| 25-22-29-8950-01060 | COMM | 1F |

EXHIBIT A