UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:09-bk-14833-KSJ

THE VUE-ORLANDO, LLC, a                             CHAPTER 11
Delaware limited liability company,

          Debtor.
_____/

## APPLICATION BY DEBTOR-IN-POSSESSION FOR AUTHORITY TO EMPLOY FISHER AUCTION COMPANY, INC., AS REAL ESTATE AUCTIONEER

**THE VUE-ORLANDO, LLC** (the "Debtor"), pursuant to 11 U.S.C. § 327(a), hereby seeks authorization to employ Fisher Auction Company, Inc, in connection with Cushman & Wakefield of Florida, Inc. ("Fisher"), as Real Estate Auctioneer for real property and, in support thereof, respectfully states:

### Background

1. The Debtor is a Delaware limited liability company and the owner and operator of a 36-story, 375 unit luxury residential condominium building located in the heart of downtown Orlando, which is known as The Vue at Lake Eola (the "Property").

2. The Property is subject to a Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated September 21, 2005 between the Debtor and KeyBank National Association ("Key Bank").

3. On October 1, 2009, creditors Sovereign Bank, Comerica Bank, Mega International Commercial Bank of China, NY Branch, Charter One Bank, NA, Great American

1

Insurance Company and Great American Financial Resources, Inc. (collectively, the "Petitioning Creditors") filed a Chapter 7 involuntary petition for relief for the Debtor, pursuant to 11 U.S.C. § 303(b) (the "Involuntary Petition"). (Doc. No. 1). On or about November 3, 2009 (the "Petition Date"), the Debtor consented to the Chapter 7 filing and converted the Chapter 7 case to a case under Chapter 11 of the Bankruptcy Code. (Doc. No. 12). On November 2, 2009, the Court entered an order granting the Debtor's conversion request. (Doc. No. 16).

4. The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. As of the date hereof, no Official Committee of Unsecured Creditors, trustee or examiner has been appointed in this case.

### Relief Requested

5. The Debtor seeks to employ, subject to the approval of this Court, Fisher as its auctioneer to catalog and conduct an auction of the Property.

6. Debtor requests approval to employ Fisher because of its extensive experience in conducting auctions similar in nature to that needed by Debtor.

7. Fisher has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

8. Fisher represents no interest adverse to Debtor in matters upon which it is to be engaged, and employment of Fisher would be in the best interest of the estate.

9. Fisher does not represent the individual interest of any insider or affiliate of Debtor.

10. Fisher will serve as auctioneer for the Debtor in accordance with the terms set forth in Fisher's Accelerated Marketing Plan and Proposed Auction Marketing Budget, dated November 19, 2009 (the "Marketing Proposal"). A copy of the Marketing Proposal is attached hereto as **Exhibit "A"**.

11. In accordance with the terms of the Marketing Proposal, the Debtor will advance Fisher $78,263.00 to pay for expenses related to marketing of the Property. Prior to incurring any expenses, Fisher and the Debtor will agree upon a budget to be used in connection with marketing the Property. In no event will the Debtor be responsible for paying any expenses in excess of the $78,263.00 advance, unless separately agreed to in writing by the Debtor and approved by the Court.

12. As compensation for serving as Debtor's auctioneer, the following real estate commissions will be charged and distributed as follows:

- Fisher will receive 2.5% of the bid price, as earned real estate commissions, which will be divided on a 50/50 basis between Fisher Auction Company, Inc. and Cushman & Wakefield of Florida, Inc.;

- The buyer's broker will be compensated by their respective buyer and not by the Debtor or sales proceeds; and

- If a Credit Bidder is the highest bidder, Fisher will receive 1% of the Bid Price for their services rendered, which will be divided on a 50/50 basis between Fisher Auction Company, Inc. and Cushman & Wakefield of Florida, Inc.

13. Debtor believes the employment of Fisher Auction Company, Inc. is in the best interests of the estate.

**WHEREFORE,** The Vue-Orlando, LLC, respectfully requests this Court enter an order authorizing it to retain Fisher Auction Company, Inc., in connection with Cushman and Wakefield of Florida, Inc., as its real estate auctioneer, authorizing payment as set forth in this Application, and for such other and further relief as is just and proper.

**DATED** this 20th day of November 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire
Florida Bar No. 984469
rshuker@lseblaw.com
Victoria I. Minks, Esquire
Florida Bar No. 0064388
vminks@lseblaw.com
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:09-bk-14833-KSJ

THE VUE-ORLANDO, LLC, a  CHAPTER 11
Delaware limited liability company,

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **APPLICATION BY DEBTOR-IN-POSSESSION FOR AUTHORITY TO EMPLOY FISHER AUCTION COMPANY, INC., AS REAL ESTATE AUCTIONEER,** together with all exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: The Vue-Orlando, LLC, Attn: Eric Moskowitz, WESTMINSTER PARTNERS II LLC, PO Box 624, Mundelein, IL 60060; Fisher Auction Co., Inc., Attn: Lamar P. Fisher, 619 East Atlantic Boulevard, Pompano Beach, Florida 33060-6343; Cushman & Wakefield of Florida, Inc., Attn: Jay Ballard, 3300 PGA Boulevard, Suite 430, Palm Beach Gardens, Florida 33410; Sovereign Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Sovereign Bank, c/o Louis T. Delucia, Schiff Hardin LLP, 900 Third Avenue, 23rd Floor, New York, NY 10022 a/f petitioning creditor; Comerica Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Christopher G. Daniel, Charter One Bank, 53 State Street – MBS 970, Boston, MA 02109; Mega International Commercial Bank Co., Ltd., NY Branch, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131 a/f petitioning creditor; Jack Rubenbauer, Director, Great American Insurance Company, One East 4th St., 3rd Floor, Cincinnati, OH 45202; Jack Rubenbauer, Director, Great American Financial Resources, Inc., One East 4th St., 3rd Floor, Cincinnati, OH 45202; Key Bank, c/o James S. Grodin, Foley & Lardner, PO Box 2193, Orlando, FL, 32802-2193; to the Local Rule 1007-2 Parties-in-interest, as shown on matrix attached to the original application filed with the Court, and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 20th day of November 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire
Florida Bar No. 984469
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtor

```
Label Matrix for local noticing          Adam L Alpert                              Alvarez Sambol Wintrop
113A-6                                   Bush Ross P.A.                             100 S. Orange Ave
Case 6:09-bk-14833-KSJ                   Post Office Box 3913                       Ste. 200
Middle District of Florida               Tampa, FL 33601-3913                       Orlando, FL 32801-3220
Orlando
Fri Nov 20 11:45:23 EST 2009

Brotman, Elekman, Elekman                Churchill Development Group LLC            Cliff & Becky Kwitowski
c/o Gavin T. Elliot                      James A Edwards Esq                        c/o Peter R. McGrath
Caplan & Associates, PA                  Hewitt Wolensky LLP                        801 N Magnolia Ave
31 N. Hyer Ave.                          875 Concourse Pkwy South  Suite 220        Suite 317
Orlando, FL 32801-2949                   Maitland  FL 32751-6150                    Orlando, FL 32803-3843

Clifford & Becky Kwitowski               Clifford & Becky Kwitowski                 James A Edwards
3206 S. Hopkins Ave. #25                 Richard B Webber II Esq                    Rumberger Kirk & Caldwell
Titusville, FL 32780-5667                Zimmerman Kiser & Sutcliffe PA             300 South Orange Avenue
                                         315 East Robinson St  Suite 600            Suite 1400
                                         Orlando  FL 32801-4341                     Orlando, FL 32801-3380

Fausto J. Batista                        First Bank & Trust Co of Illinois          First Bank and Trust Company of Illinois
16960 Cornerill Ct                       c/o Bush Ross PA                           c/o Bush Ross, P.A.
Orlando, FL 32820-1925                   Attn: J.Warren Esq / A.Lawton Alpert Esq   Attn: Adam Lawton Alpert, Esq.
                                         PO Box 3913                                PO Box 3913
                                         Tampa FL 33601 3913                        Tampa, FL  33601-3913

Forum                                    Gabriel Klein                              Gabriel Klein
2199 Innterbelt Business Cen             150 E. Robinson St. #1402                  c/o Gavin Elliot
St. Louis, MO 63114-5721                 Orlando, FL 32801-1985                     Caplan & Associates, PA
                                                                                    121 S Orange Ave Ste. 880
                                                                                    Orlando, FL 32801-3233

John B Hutton                            Jason Roth                                 Jill Carbonelli
Greenberg Traurig PA                     5017 City St. #1927                        c/o Joan Vecchioli
1221 Brickell Avenue                     Orlando, FL 32839-4548                     PO Box 1368
Miami, FL 33131-3238                                                                Clearwater, FL 33757-1368

Jill E Kelso                             Jill E Kelso                               KeyBank NA
United States Trustee                    United States Trustee                      c/o Arnstein & Lehr LLP
135 West Central Boulevard               135 West Central Boulevard Suite 620       Attn John M Cooney Esq
Suite 620                                Orlando, FL 32801-2440                     200 E Las Olas Blvd #1700
Orlando FL 32801-2440                                                               Fort Lauderdale  FL 33301-3404

KeyBank National Assoc.                  Kyle Martel                                Law Office of Richard Norris
127 Public Square                        3810 W. DeLeon St. #5                      7651-A Ashley Park Ct.
Cleveland, OH 44114-1217                 Tampa, FL 33609                            Suite 402
                                                                                    Orlando, FL 32835

Liberty Place - Orlando LLC              Louis T. DeLucia, Esq.                     Lowndes Drosdick et al
c/o Westminster Partners II              Alyson M. Fiedler, Esq.                    PO Box 2809
PO Box 624                               Schiff Hardin, LLP                         Orlando, FL 32802-2809
Mundelein, IL 60060-0624                 900 Third Avenue
                                         New York, NY 10022-4728

Michael S Murray                         OUC                                        Orlando Vue 33 LLC
James A Edwards Esq                      PO Box 4901                                12570 S Derby Rd.
Hewitt Wolensky LLP                      Orlando, FL 32802-4901                     Lamont, IL 60439-9793
875 Concourse Pkwy South  Suite 220
Maitland  FL 32751-6150
```

| | | |
|---|---|---|
| Oscar Juarez<br>105 E. Robinson St. #300<br>Orlando, FL 32801-1622 | Richard W Norris<br>Richard W Norris PA<br>Kevin Knight Esq<br>332 North Magnolia Avenue<br>Orlando  FL 32801-1609 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| The Vue Orlando, LLC, a Delaware Limited Lia<br>150 East Robinson Street<br>Orlando, FL 32801-1695 | Theresa Braxton<br>130-29 23rd St.<br>Rosedale, NY 11422 | Tyler Dahn<br>6312 Buford St. Unit 505<br>Orlando, FL 32835-2358 |
| United States Trustee - ORL7<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Vito Badalamenti<br>12754 Sumerset Oaks St.<br>Orlando, FL 32828-4300 | Richard B Webber II<br>Zimmerman Kiser & Sutcliffe PA<br>315 East Robinson Street<br>Suite 600<br>Orlando, FL 32801-4341 |
| Xistris Ventures LLC<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South  Suite 220<br>Maitland  FL 32751-6150 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     0<br>Total                  39 | |



# Accelerated Marketing Plan

**Scope of Services:** Fisher Auction Co., Inc. in connection with Cushman & Wakefield of Florida, Inc. propose to conduct a live open-outcry auction event (hereinafter referred to as the "event") on "THE VUE AT LAKE EOLA", Orlando, Florida, which consists of approximately one hundred sixty eight (168) remaining unsold condominiums.

The event will be accomplished via the United States Bankruptcy Court ("Court") Ordered 363 Sale.

The terms of the offering will be predefined and qualified bidders will competitively bid at a preset date and time.

The offering will be a portfolio sale (bulk sale of all 168 units to a single purchaser).

Our goal is to deliver a distinct message to all potential buyers that the Court wants to sell **now** to generate the highest level of interest in order to obtain the highest price for all Creditors.

Our objective is to present the portfolio in a first class, impressive manner and promote "THE VUE AT LAKE EOLA" as a unique buying opportunity.

**Time to Conduct Auction:** Upon Court appointment to proceed, the event can take place within 60 - 70 days which allows for sufficient time to prepare the necessary due diligence package for the bidders and implement our specially designed presale auction-marketing program.

**Location of Auction:** The event can be conducted either onsite at "THE VUE AT LAKE EOLA" with the Court confirmation hearing of the Sale scheduled the following day or conducted in the Judge's chambers followed by the Court confirmation hearing of the Sale.

**Property Tours:** We will staff (utilizing some of the current sales team members) and open the onsite Auction Sales Center five (5) weeks prior to the event. We will set specific dates and times for prospective buyers to inspect the units and tour the property. We will also show by special appointment. Representatives from the marketing team will be present during all tours.




1

EXHIBIT "A"


# Accelerated Marketing Plan

**Marketing Strategy:**

The portfolio will be marketed on an international, national, regional and local basis to give the broadest range of coverage and attract the maximum number of buyers from all regions.

The strategy will be to promote the portfolio to our international / national buyer databases, business professionals, investors, real estate firms, etc. The promotional campaign will stress the Court's urgency for buyers to act now knowing that they will not have an opportunity to wait for any price reduction in the future.

**Marketing Highlights:**

The event to be presented and positioned as "**By Order of the United States Bankruptcy Court, Middle District of Florida, Case No. / Real Estate Auction.**"

The marketing highlights will include;

- **Brochure / Direct Mail:** A direct mail promotional brochure will be created and sent to all logical, identifiable demographic groups. The identification of new buyers through the market segmentation process will benefit the direct mail marketing program. We will work with the Creditors and send information to any individuals / groups who may have previously expressed interest in the portfolio. Fisher Auction Co., Inc. and Cushman & Wakefield of Florida, Inc. have a combined database of more than 60,000 private investors, fractured condominium "bulk buyers" and investment funds from which to draw.

- **Public Relations:** One of the single most important aspects of a major auction marketing program is the public relations campaign. Properly conceived plans often result in the generation of free publicity at the level of 10 times the direct media placement budget. Utilizing our public relations team to plan and coordinate international, national, regional and local focus, we are extremely confident the public relations will effectuate results on behalf of the auction effort.






# Accelerated Marketing Plan

- **Public Relations Strategy:** To employ all appropriate print and broadcast consumer, business and trade news media via a program of press releases, informational background kits, interviews, personal follow-up, editorial boards and paid distribution services to deliver the message of the above objectives to the target audiences.

- **Print Medias:** The international, national, regional and local print media campaign will be geared to a six (6) to seven (7) week program that will end one week prior to the actual event.

  We will continuously monitor the prospective bidder response from each advertisement allowing daily analysis. In this manner, the campaign can be altered to focus in on the most effective media throughout the program. All responses from prospective bidders are logged by date and source into our advertising response computer software system allowing reporting and analysis on a real time basis.

- **Telemarketing / Email Blasts:** After market segmentation, we will utilize all information to develop a plan for our team of personnel to contact potential purchasers and introduce them to the upcoming auction.

  Inquiries will be handled on a real time basis for the dissemination of promotional materials and due diligence packages. We believe it is of critical importance to recognize that typical prospective purchaser questions and objections are answered and dealt with differently in an auction marketing setting, especially in the Bankruptcy Court arena.

- **Internet:** The event will be prominently featured on Fisher Auction Co., Inc. and Cushman & Wakefield of Florida, Inc. multifamily brokerage web-sites. Our sites receive thousands of hits on a daily basis. We will also list on appropriate-targeted real estate sites (loopnet.com, auctionzip.com, auctioneers.org, propertyauction.com, condo.com, realtor.com (mls),






# THE VUE AT LAKE EOLA — Accelerated Marketing Plan

propertyline.com, gowealthy.com, etc.) to attract buyers.

- **Additional Marketing Tools:**
    - Extensive e-marketing
    - Specialty journals
    - Signage (possible billboards)
    - Personal solicitations

**Auction Methodology:**  The Accelerated Marketing process combines traditional / modern distribution channels and portals to provide synergy through an expansive advertising program "spotlighting" an inventory of properties or portfolio for sale. The process often removes the paradigm of pricing thereby creating maximum competition, <u>which equals maximum value received under the terms of the offering</u>.

Our successful program will eliminate any future holding costs / expenses and convert the portfolio into liquidity for the Creditors as well as the release of all developers' liabilities.

We are recommending the establishment of an aggressive minimum bid mutually agreed upon by all parties providing the right for the Secured Creditor(s) to credit bid.

This methodology was very successful on a similar initiative we performed on behalf of the Court this past year. Provided in this proposal is the Case Study and the Court Order for your review.

**Escrow Deposits:**  In order for a bidder to qualify and become an eligible bidder, one of the requirements will be to require the bidders to wire into the Settlement Agent's law firm's trust account, an escrow deposit of $1,000,000.00 three (3) days prior to the scheduled live event date.

The high bidder must also wire an additional deposit bringing the total deposit to an amount equal to 10% of the purchase price twenty four (24) hours after the Court confirmation of the Sale.
 



# Accelerated Marketing Plan

**Purchase and Sale Agreement:** In addition to the escrow deposit, another bidder qualification will be for the bidders to execute a non-contingent Purchase and Sale Agreement with <u>no post event due diligence period</u> at the set minimum bid and provide evidence of their financial ability to close the transaction. These documents are also provided in the same timeframe as the escrow deposit.

We recommend the back-up bidder also execute a Purchase and Sale Agreement at their bid price with their escrow deposit of $1,000,000.00 being placed in an interest bearing account and returned upon closing with the successful Buyer.

**Auction Guarantees:** The portfolio will be sold in its "As Is", "Where Is" condition and with all faults, with no guarantees or warranties express or implied.

The only guarantee is that the Debtor is able to pass title free and clear of all liens. This is accomplished through the Court Ordered 363 Sale.

**Real Estate Closing:** The closing will take place within 30 days from the Court confirmation of the Sale and will be coordinated through the Settlement Agent's law firm's office.

**Property Information Package:** Our experience selling real property and conducting auctions of properties over the last thirty eight (38) years has taught us that the better a buyer is informed about the property prior to buying; the more they will pay for the property.

We will prepare and provide via hard copy, cd rom and for free download from our web-sites to interested potential purchasers, complete property information packages detailing information such as an executive summary, property description, financial analysis, rent comparables, market overview, auction contract / forms, exhibits, etc. We can provide a sample property information package upon request.

**Marketing Budget:** The marketing campaign funds are necessary to conduct the event and are estimated at $78,000.00. We have prepared a detailed line by line marketing campaign






# Accelerated Marketing Plan

budget, encompassing all costs, for all parties review and will provide a complete expense portfolio with copies of paid invoices, advertisements, etc. verifying each expense.

<u>The amount proposed for marketing and advertising expenses is based on over 38 years of national and international experience of conducting major real estate sales initiatives with closings in excess of $1.6 billion (100+ sample letters of reference from institutional and government related real estate projects are available upon request).</u>

All promotional materials will require approval before any printing / placement takes place. **Advertising expenses are advanced at the time of Court appointment.**

**Real Estate Commissions:** The following real estate commissions will be charged and distributed as follows:

- Fisher Auction Co., Inc. and Cushman & Wakefield of Florida, Inc. to receive 2.5% of the Bid Price as earned real estate commissions and will be divided on a 50 / 50 basis.
- Buyer's Broker will be compensated by their respective Buyer and not by the Court.
- If a Credit Bidder is the highest bidder, Fisher Auction Co., Inc. and Cushman & Wakefield of Florida, Inc. to receive 1% of the Bid Price for their services rendered and will be divided on a 50 / 50 basis.

**Property Analysis / Suggested Minimum Bid:** We have attached to this proposal a complete Property Analysis providing three (3) scenarios along with the support data. This information was utilized in the determination of our opinion of value of the Portfolio in today's marketplace.

Therefore, it is our opinion the Portfolio should sell between $28 - $30 Million under the terms of the offering stated in this proposal.





# Accelerated Marketing Plan

|  |  |
|---|---|
|  | Based on the above, we are recommending a suggested minimum bid of $23 Million in order to generate the necessary interest and maximize value for the Creditors. |
| **Conclusion:** | Fisher Auction Co., Inc. is an internationally recognized, 38-year old firm that sets the Standard of Excellence in Accelerated Marketing. Cushman & Wakefield of Florida, Inc.'s multifamily brokerage platform and fractured condominium experience are unparalleled. Both companies have long track records of successful marketing executions. More important, Fisher Auction Co., Inc. and Cushman & Wakefield of Florida, Inc. have collaborated on numerous successful Accelerated Marketing campaigns on behalf of multifamily property owners. Our combined efforts will provide the Court with the most comprehensive market exposure possible. We are extremely confident in our ability to maximize the price potential for this portfolio. |

We are prepared to provide the Court with an affidavit of disinterestedness, posting a bond and anything additional items the Court deems necessary.

We thank you for giving us the opportunity to present this Accelerated Marketing Plan. We look forward to the opportunity to work with the Court and the Creditors to maximize the value of "THE VUE AT LAKE EOLA".

ACCEPTANCE BY THE UNDERSIGNED:

**Fisher Auction Co., Inc.**
**Auctioneer / Broker**

By: _____
Lamar P. Fisher, President / C.E.O.

**Cushman & Wakefield of Florida, Inc.**
**Cooperating Broker**

By: _____
Jay Ballard, Senior Director

_____
Witness

_____
Witness




# Proposed Auction Marketing Budget
## The Vue - Orlando, Florida

| Media | Section of Paper | Dates | Apx. Size | x | Total |
|---|---|---|---|---|---|
| Wall Street Journal - Global Edition | Real Estate Marketplace (wednesdays) | | 2 col x 3" | 1 | $6,324.82 |
| Wall Street Journal - National Edition | Real Estate Marketplace (wednesdays) | | 2 col x 4" | 2 | $9,782.32 |
| Toronto Star | Real Estate | | 4 Units | 2 | $2,207.11 |
| New York Times | Sunday Business | | 2 col x 3" | 2 | $9,529.65 |
| New York Times | Wednesday Business Pickup | | 2 col x 3" | 1 | $2,124.76 |
| International Herald Tribune | International Distribution | | 2 col x 3" | 1 | $1,789.46 |
| Miami Herald, EL Nuevo & International | Business Sun/Mon / English & Spanish | | 1/4 page | 1 | $2,673.01 |
| Orlando Business Journal | | | 2 col x 4" | 2 | $1,562.39 |
| Orlando Sentinel | 1 Front Page Color Banner + 4 Ads | | | 5 | $3,485.97 |
| Tampa Tribune | | | 2 col x 4" | 2 | $2,654.18 |
| Chicago Tribune | Combo/Sun-Wed Bus Auction Mart | | 2 col x 4" | 2 | $1,736.00 |
| Investors Business Daily | National | | 2 col x 4" | 2 | $2,070.64 |
| Southeast Business Journal | | | | 1 | $1,175.32 |
| Florida Real Estate Journal | Statewide | | 1/4 Pg/6" x 6.75" | 2 | $1,294.15 |
| **Internet** | | | | | |
| Listings; costar, investornet, auctionzip, National Auctioneers Assoc website, realtyinvestor, glo-con.com, gowealthy.com, propertyauction, commercialiq, commercial mls, dealmakers.net, cityfeet, propertybbs | | | | 1 | $328.24 |
| Google Search Engine Optimization | | | | 1 | $352.95 |
| Florida Real Estate Journal Website | banner ad and epush recaps (twice weekly) | | | 1 | $470.60 |
| Loopnet (3 epushes) 800,000 list | Listing - 3 epushes - international/national | | | 3 | $2,823.60 |
| Property Line (epush) | listing and epush - national | | | 1 | $963.55 |
| Fisher Auction Lists - all | 40,000+/- List | | | 1 | $0.00 |
| The Florida Investor - Hot Property Alert | epush(2) - feature property on web page | | plus 1 media ad | 1 | $234.12 |
| propertyblast | Commercial brokers | | | 1 | $200.01 |
| cmail - commercial real estate | epush to 130,000 | | | 2 | $1,411.80 |
| condo.com | online banner and epushes to investor base | | | 1 | $2,529.48 |
| New Condos Online | online banners and epushes to investor base | | | 1 | $2,941.25 |
| **Social Media Optimization** | | | | | |
| Marketing, Public Relations Campaign | Budget Preparation & Implementation, Media Research, Layout and Placement, Media Ad & Internet typesetting | | | 1 | $1,876.52 |
| Prweb | Press Releases written and submitted | | | 1 | $1,470.63 |
| **Cushman & Wakefield Marketing Items** | | | | | |
| Direct Mail Campaign / Art brochure production, design, postage and fullfillment | | | | | |
| Signage | | | | | |
| Photography | | | | | |
| Property Information Packages | | | | | |
| | | | | Total | $10,000.00 |
| **Other** | | | | | |
| Auction Day Expenses, fed-ex, travel, etc. | | | | 1 | $750.00 |
| Auction Sales Center | | | | 1 | 3,500.00 |
| | | | | **TOTAL** | **$78,262.52** |

This Marketing and Promotional Schedule is merely an estimate and is not intended as a term or condition of the Auction Contract, unless expressly identified as such. The above cost projections are based on current advertising rates and are subject to increases/modifcations.

** On-site Manager / Property Management                                     Cost to Seller

The advertising and marketing expenses are not to exceed $78,262.52.

Approval Signature:_____
                Lamar Fisher, President / C.E.O.
Date:_____ November 20, 2009

