# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:  CASE NO. 6:09-bk-14833-KSJ

THE VUE-ORLANDO, LLC, a  CHAPTER 11
Delaware limited liability company,

                Debtor.
_____/

## AGREED ORDER GRANTING APPLICATION OF THE VUE-ORLANDO, LLC TO EMPLOY FISHER AUCTION COMPANY, INC., AS REAL ESTATE AUCTIONEER

**THIS CASE** came on for hearing on December 9, 2009 (the "Hearing"), upon the application of The Vue-Orlando, LLC ("Debtor"), for authority to employ Fisher Auction Company, Inc., in connection with Cushman & Wakefield, Inc. ("Fisher") as its real estate auctioneer (Doc. No. 56) (the "Application"). Upon consideration of the Application, and having heard arguments of counsel at the Hearing, it is

**ORDERED:**

1. The Application is granted.

2. The Debtor, in accordance with § 327 of the Bankruptcy Code, is authorized to employ Fisher as its real estate auctioneer with regard to the sale of the 36-story, 375 unit luxury residential condominium building located in downtown Orlando, which is known as The Vue at Lake Eola (the "Property"). Fisher will serve as auctioneer in accordance with the terms set form in Fisher's marketing proposal dated November 19, 2009 (the "Marketing Proposal"), attached as Exhibit "A" to the original Application.

3. The Debtor is hereby authorized to advance Fisher no more than $78,263.00 for marketing related expenses of the Property in accordance with the agreed upon budget between

1

Debtor and Fisher. Debtor will not be responsible for paying any expenses in excess of $78,263.00 unless separately agreed to in writing by the Debtor and Fisher and approved by this Court.

4. As compensation for serving as Debtor's auctioneer, the following real estate commissions will be charged and distributed as follows:

- Fisher will receive 2.5% of the bid price, as earned real estate commissions, which will be divided on a 50/50 basis between Fisher Auction Company, Inc. and Cushman & Wakefield of Florida, Inc.;

- The buyer's broker will be compensated by its respective buyer and not by the Court; and

- If a Credit Bidder is the highest bidder, Fisher will receive 1% of the Bid Price for services rendered, which will be divided on a 50/50 basis between Fisher Auction Company, Inc. and Cushman & Wakefield of Florida, Inc.

5. All compensation to be paid to Fisher shall ultimately be subject to approval of the Court upon proper application and notice in accordance with 11 U.S.C. § 330.

**DONE AND ORDERED** on December 28, 2009.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: The Vue-Orlando, LLC c/o Eric Moskowitz, Westminster Partners II LLC, P.O. BOX 624, Mundelien, Illinois 60060;

Debtor's counsel: R. Scott Shuker, Esq. Latham, Shuker, Eden, & Beaudine, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801;

Fisher Auction Company, Inc., Attn: Lamar Fisher, President & CEO, 619 East Atlantic Boulevard, Pompano Beach, Florida 33060;

Richard B. Webber II, Esq., 315 East Robinson St., Ste. 600, Orlando, FL 32801-4341;

Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and

Local Rule 1007-2 Parties-in-Interest List