UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:09-bk-14833-KSJ

THE VUE-ORLANDO, LLC, a  CHAPTER 11
Delaware limited liability company,

                                                      EMERGENCY RELIEF REQUESTED
Debtor.                   HEARING REQUESTED BY 03/09/10
_____/

EMERGENCY MOTION OF DEBTOR-IN-POSSESSION
FOR AN ORDER APPROVING STALKING HORSE AGREEMENT
AND BID PROTECTIONS AND REQUEST FOR EMERGENCY HEARING

AND

CERTIFICATE OF NECESSITY OF
REQUEST FOR EMERGENCY HEARING

THE VUE-ORLANDO, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), by and through its undersigned counsel, and pursuant to sections 105 and 363 of the U.S. Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and Rules 6004, *Federal Rules of Bankruptcy Procedure*, hereby files its Emergency Motion for Order Approving Stalking Horse Agreement and Bid Protections (the "Motion"). In support of the Motion, the Debtor states:

## Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b).

2. The Debtor continues to operate as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code and this Court's order authorizing it to continue doing business as a debtor-in-possession.

## Background

3. On October 1, 2009 (the "Petition Date"), Sovereign, Comerica, Mega International Commercial Bank Co. Ltd, NY ("Mega"), Charter One, GAIC, and Great American Financial Resources, Inc. ("GAFR")(collectively, the "Petitioning Creditors"), filed a Chapter 7 involuntary petition for relief for the Debtor, pursuant to 11 U.S.C. § 303(b)(the "Involuntary Petition"). (Doc. No. 1).

4. On November 2, 2009, the Debtor filed its Emergency Motion to Convert Case to Chapter 11 ("Conversion Motion"). (Doc. No. 13).

5. On November 4, 2009, the Court entered an order granting the Conversion Motion. (Doc. No. 16).

6. The Debtor is the owner of a 36-story, 375 unit luxury residential condominium building located in the heart of downtown Orlando, which is known as the The Vue at Lake Eola ("The Vue"). The Vue also boasts a variety of amenities, including but not limited to: a roof-top pool, tennis court, observation deck, large fitness center, as well as a concierge and 24-hour doorman (the "Amenities").

7. As of the Petition Date, the Debtor owned the Amenities, 165 residential Units (the "Units") and associated parking spaces.

8. On November 20, 2009, the Debtor filed its Motion for Approval Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for (i) an Order (a) Approving Bidding Procedures and Bidder Protections for the Sale of Substantially all of the Debtors

Assets and (b) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (ii) an Order (a) Authorizing the Sale of Substantially all of the Debtors Assets, (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (c) Granting Certain Related Relief (the "Bid Procedures Motion"). (Doc. No. 55).

9. On December 28, 2009, the Court entered an order granting the Bid Procedures Motion (the "Bid Procedures Order"). The Bid Procedures Order provides, among other things, that the Debtor, with the approval of the senior lender's administrative agent, shall have the right to enter into a "stalking horse" agreement with a bidder (the "Stalking Horse Agreement"). The Stalking Horse Agreement shall govern the purchase of the assets by the stalking horse bidder and provide for a break-up fee (the "Break-Up Fee") to be paid to the stalking horse bidder in connection with the auction and sale in the event that the stalking horse bidder is not the purchaser of the assets.

10. The Bid deadline is **Wednesday, March 10, 2010**, and the auction for the sale of the Debtor's assets is set for March 15, 2010 (the "Auction").

11. On March 3, 2010, the Debtor received a bid for the purchase of the Debtor's assets and a proposed Stalking Horse Agreement from Blue Key Investments, LLC ("Blue Key"). A true and correct copy of the Blue Key Stalking Horse Agreement is attached to the original of this Motion as **Exhibit "A."**

12. Under the Blue Key Stalking Horse Agreement, Blue Key offers a bid for the Debtor's assets in the amount of Twenty Million Two Hundred and Fifty Thousand Dollars and No Cents ($20,250,000.00), and proposes a Break-Up Fee of Seventy Five

Thousand Dollars and No Cents ($75,000.00) in the event it is not the successful bidder at the Auction.

## Relief Requested

13. By this Motion, the Debtor seeks the entry of an Order of this Court approving the Blue Key Stalking Horse Agreement and the Break-Up Fee.

14. The Debtor and the Agent believe that the Blue Key Stalking Horse Agreement is in the best interest of all parties, as it provides comfort to the Debtor and its creditors that there is a firm bidder in place and stimulates interest and potentially higher offers from bidders at the Auction. The Debtor and the Agent believe that the Break-Up Fee is fair and reasonable considering the significant time, effort, and expense spent to conduct due diligence of the Debtor's assets.

## CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

15. In order to protect the Debtor and assure that the Debtor will obtain competitive bids on or before the bid deadline on **Wednesday, March 10, 2010**, and at the Auction, scheduled for March 15, 2010, it is critical that the Court consider the "stalking-horse" agreement and bid protections requested in this motion on an emergency basis.

16. The Debtor estimates that approximately 15 minutes will be necessary for a hearing on this Motion.

17. The Debtor and counsel are prepared to appear on three hours' notice at a hearing to demonstrate that the request for emergency hearing is not the result of the Debtor's or counsel's procrastination or lack of attention.

**WHEREFORE**, Debtor respectfully requests this Court enter an order approving the Blue Key Stalking Horse Agreement and Break-Up Fee in the amount of Seventy Five Thousand Dollars ($75,000.00), and granting such further relief this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 4th day of March 2010.

/s/ Justin M. Luna    JML
R. Scott Shuker, Esquire
Florida Bar No. 984469
rshuker@lseblaw.com
Justin M. Luna, Esquire
Florida Bar No. 0037131
jluna@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:09-bk-14833-KSJ

THE VUE-ORLANDO, LLC, a                         CHAPTER 11
Delaware limited liability company,
                                                EMERGENCY RELIEF REQUESTED
                    Debtor.                     HEARING REQUESTED BY 03/09/10
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **EMERGENCY MOTION OF DEBTOR-IN-POSSESSION FOR AN ORDER APPROVING STALKING HORSE AGREEMENT AND BID PROTECTIONS AND REQUEST FOR EMERGENCY HEARING AND CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING**, together with any and all exhibits, has been furnished by facsimile, electronic transmission and/or U.S. First Class mail, postage prepaid, to: The Vue-Orlando, LLC, Attn: Eric Moskowitz, WESTMINSTER PARTNERS II LLC, PO Box 624, Mundelein, IL 60060; Sovereign Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131; Sovereign Bank, c/o Louis T. DeLucia, Schiff Hardin LLP, 900 Third Avenue, 23rd Floor, New York, NY 10022; Comerica Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131; Christopher G. Daniel, Charter One Bank, 53 State Street – MBS 970, Boston, MA 02109; Mega International Commercial Bank Co., Ltd., NY Branch, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131; Jack Rubenbauer, Director, Great American Insurance Company, One East 4th St., 3rd Floor, Cincinnati, OH 45202; Key Bank, c/o James S. Grodin, Foley & Lardner, P.O. Box 2193, Orlando, FL 32802-2193; Churchill Development Group, c/o Robert S. Hoofman, P.O. Box 3146, Orlando, FL 32802-3146; Richard B. Webber II, Zimmerman Kiser & Sutcliffe, 315 East Robinson St., Ste. 600, Orlando, FL 32801-4341; First Bank & Trust Company, Attn: Jeffrey W. Warren, P.O. Box 3913, Tampa, FL 33601-3913; the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; Blue Key Investments, LLC, Attn: Janne Keshinen, 10286 Clubhouse Turn Rd, Lake Worth, FL 33449; Francisco J. Gonzalez, Esq., Gonzalez & Henkman, P.L., 12012 S. Shoe Blvd., Ste. 107, Wellington, FL 33414; Andre' LaBauve, C.F.O., Fisher Auction Co., Inc., 619 East Atlantic Boulevard, Pompano Beach, Florida 33060; and the Local Rule 1007-2 Parties-in-Interest List, as shown on the matrix attached to the original of this motion filed with the Court, this 4th day of March 2010.

/s/ Justin M. Luna           JML
Justin M. Luna, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:09-bk-14833-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Mar 4 11:48:31 EST 2010 | Adam L Alpert<br>Bush Ross P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | Alvarez Sambol Wintrop<br>100 S. Orange Ave<br>Ste. 200<br>Orlando, FL 32801-3220 |
| Alvarez, Sambol, Winthrop & Madson, P.A.<br>Attn: Philip D. Storey<br>P. O. Box 3511<br>Orlando, FL 32802-3511 | Brotman, Elekman, Elekman<br>c/o Gavin T. Elliot<br>Caplan & Associates, PA<br>31 N. Hyer Ave.<br>Orlando, FL 32801-2949 | Churchill Development Group LLC<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South Suite 220<br>Maitland FL 32751-6150 |
| Churchill Development Group, LLC.; Xistris V<br>c/o Donald R. Kirk, Esq.<br>Post Office Box 1438<br>Tampa, FL 33601-1438 | Cliff & Becky Kwitowski<br>c/o Peter R. McGrath<br>801 N Magnolia Ave<br>Suite 317<br>Orlando, FL 32803-3843 | Clifford & Becky Kwitowski<br>3206 S. Hopkins Ave. #25<br>Titusville, FL 32780-5667 |
| Clifford & Becky Kwitowski<br>Richard B Webber II Esq<br>Zimmerman Kiser & Sutcliffe PA<br>315 East Robinson St Suite 600<br>Orlando FL 32801-4341 | Creative Floors Commercial, LLC<br>830 State Road 436<br>Casselberry, FL 32707-5304 | Ryan E Davis<br>Winderweedle Haines Ward & Woodman PA<br>Post Office Box 1391<br>Orlando, FL 32802-1391 |
| James A Edwards<br>Rumberger Kirk & Caldwell<br>300 South Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-3380 | Fausto J. Batista<br>16960 Cornerill Ct<br>Orlando, FL 32820-1925 | First American Title Insurance Co, a CA Corp<br>Greenspoon Marder, P.A.<br>Capital Plaza I, Suite 500<br>201 East Pine Street<br>Orlando, FL 32801-2729 |
| First Bank & Trust Co of Illinois<br>c/o Bush Ross PA<br>Attn: J.Warren Esq / A.Lawton Alpert Esq<br>PO Box 3913<br>Tampa FL 33601 3913 | First Bank and Trust Company of Illinois<br>c/o Bush Ross, P.A.<br>Attn: Adam Lawton Alpert, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Edward M Fitzgerald<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Forum<br>2199 Innterbelt Business Cen<br>St. Louis, MO 63114-5721 | Gabriel Klein<br>150 E. Robinson St. #1402<br>Orlando, FL 32801-1985 | Gabriel Klein<br>c/o Gavin Elliot<br>Caplan & Associates, PA<br>121 S Orange Ave Ste. 880<br>Orlando, FL 32801-3233 |
| Suzanne E Gilbert<br>Holland & Knight LLP<br>Post Office Box 1526<br>Orlando, FL 32802-1526 | Stephen C Hunt<br>Arnstein & Lehr, LLP<br>200 East Las Olas Blvd, Suite 1700<br>Ft. Lauderdale, FL 33301-3404 | John B Hutton<br>Greenberg Traurig PA<br>1221 Brickell Avenue<br>Miami, FL 33131-3238 |
| Jean B. Dubois<br>c/o Mary J. Hoftiezer, Esq.<br>Hendry, Stoner & Brown, P.A.<br>20 North Orange Ave., Ste. 600<br>Orlando, FL 32801-4641 | Jill Carbonelli<br>c/o Joan Vecchioli<br>PO Box 1368<br>Clearwater, FL 33757-1368 | Jill E Kelso<br>United States Trustee<br>135 West Central Boulevard<br>Suite 620<br>Orlando FL 32801-2440 |
| KREF Residential Mezzanine Fund I, LLC.<br>c/o Holland & Knight LLP<br>200 S. Ornage Ave #2600<br>Orlando, FL 32801-3461 | Jill E Kelso<br>United States Trustee<br>135 West Central Boulevard Suite 620<br>Orlando, FL 32801-2440 | KeyBank NA<br>c/o Arnstein & Lehr LLP<br>Attn John M Cooney Esq<br>200 E Las Olas Blvd #1700<br>Fort Lauderdale FL 33301-3404 |

| | | |
|---|---|---|
| KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114-1217 | KeyBank Real Estate Equity Capital, Inc.<br>c/o John J. Lamoureux<br>Carlton Fields, P.A.<br>P. O. Box 3239<br>Tampa, FL 33601-3239 | KeyBank, National Association as lender to D<br>c/o James S. Grodin, Kevin A. Reck<br>Foley & Lardner LLP<br>111 N. Orange Avenue, Suite 1800<br>Orlando, Florida 32801-2386 |
| Donald R. Kirk<br>Fowler, White, Boggs, Banker, PA<br>PO Box 1438<br>Tampa, FL 33601-1438 | Kyle Martel<br>3810 W. DeLeon St. #5<br>Tampa, FL 33609 | John J. Lamoureux<br>Carlton Fields, PA<br>PO Box 3239<br>Tampa, FL 33601-3239 |
| Law Office of Richard Norris<br>7651-A Ashley Park Ct.<br>Suite 402<br>Orlando, FL 32835 | Liberty Place - Orlando LLC<br>c/o Westminster Partners II<br>PO Box 624<br>Mundelein, IL 60060-0624 | Edmund O Loos III<br>Greenspoon Marder PA<br>201 East Pine Street<br>Suite 500<br>Orlando, FL 32801-2718 |
| Louis T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>Schiff Hardin, LLP<br>900 Third Avenue<br>New York, NY 10022-4728 | Lowndes Drosdick et al<br>PO Box 2809<br>Orlando, FL 32802-2809 | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801-1684 |
| Michael S Murray<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South  Suite 220<br>Maitland  FL 32751-6150 | OUC<br>PO Box 4901<br>Orlando, FL 32802-4901 | Orlando Vue 33 LLC<br>12570 S Derby Rd.<br>Lamont, IL 60439-9793 |
| Oscar Juarez<br>105 E. Robinson St. #300<br>Orlando, FL 32801-1622 | Chad S Paiva<br>Greenspoon Marder  PA<br>One Clearlake Centre<br>250 Australian Avenue  Suite 1010<br>West Palm Beach, FL 33401-5014 | David A Ray<br>Arnstein & Lehr LLP<br>200 East Las Olas Boulevard<br>Suite 1700<br>Fort Lauderdale, FL 33301-3404 |
| Kevin A Reck<br>Foley & Lardner<br>111 North Orange Avenue<br>Suite 1800<br>Orlando, FL 32801-2386 | Richard W Norris<br>Richard W Norris PA<br>Kevin Knight Esq<br>332 North Magnolia Avenue<br>Orlando  FL 32801-1609 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| Philip D Storey<br>Alvarez Sambol Winthrop & Madson PA<br>Post Office Box 3511<br>Orlando, FL 32802-3511 | The Vue At Lake Eola Condominium Association<br>c/o Ryan E. Davis<br>Winderweedle, Haine,Ward & Woodman, P.A.<br>390 N. Orange Aveue, Suite 1500<br>Orlando, FL 32801-1658 | The Vue Orlando, LLC, a Delaware Limited Lia<br>150 East Robinson Street<br>Orlando, FL 32801-1695 |
| Theresa Braxton<br>130-29 23rd St.<br>Rosedale, NY 11422 | Tyler Dahn<br>6312 Buford St. Unit 505<br>Orlando, FL 32835-2358 | United States Trustee - ORL7<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Vito Badalamenti<br>114 River Song Ct<br>Orlando, FL 32828-6995 | Richard B Webber II<br>Zimmerman Kiser & Sutcliffe PA<br> 315 East Robinson Street<br>Suite 600<br>Orlando, FL 32801-4341 | Xistris Ventures LLC<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South  Suite 220<br>Maitland  FL 32751-6150 |