

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Friday
March 05, 2010

HONORABLE KAREN S. JENNEMANN                COURTROOM B

CASE NUMBER: 09-14833-6J1    FILING DATE: 10/01/2009 (BAPCPA)    HEARING TIME: 04:00 P.M.

DEBTOR: THE VUE ORLANDO, LLC, A DELAWARE

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL7

HEARING:

EMERGENCY MOTION BY DEBTOR FOR AN ORDER APPROVING STALKING HORSE AGREEMENT AND BID PROTECTIONS (DOC #146)

OBJECTION BY TAVISTOCK CAPITAL TO DEBTOR'S EMERGENCY MOTION (DOC #148)

.

APPEARANCES:

SCOTT SHUKER-DEBTOR COUNSEL
JUSTIN LUNA-DEBTOR COUNSEL
JOHN HUTTON- A-NOTE LENDERS' COUNSEL
JEFFREY BAST-MELOHN PROPERTIES COUNSEL
ROY KOBERT-TAVISTOCK CAPITAL II INC. COUNSEL
MIKE WOOD-VICE PRESIDENT TAVISTOCK CAPITAL II INC.
EMILLA ESCAMILLA-US TRUSTEE
KEVIN REICH-KEY BANK
LUIS DELUSCHA- A-NOTE LENDERS

RULING:

MOTION GRANTED; OBJECTION
OVERRULED : ORDER BY SHUKER

prorpt2