UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                Case No.: 6:09-bk-14833-KSJ
                                                                      Chapter 11
THE VUE-ORLANDO, LLC,

        Debtor.
_____/

**AGREED MOTION FOR ENTRY OF ORDER
AMENDING ORDER (A) AUTHORIZING SALE OF
SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE
AND CLEAR OF LIENS, CLAIMS AND INTERESTS; (B) APPROVING
ASSET PURCHASE AGREEMENT; (C) AUTHORIZING ASSUMPTION AND
ASSIGNMENT AND REJECTION OF CERTAIN EXECUTORY CONTRACTS
<u>AND UNEXPIRED LEASES; AND (D) GRANTING OTHER RELIEF</u>**

THE VUE-ORLANDO, LLC (the "**Debtor**") and FIRST BANK AND TRUST COMPANY OF ILLINOIS ("**First Bank**"), by and through their undersigned counsel, hereby file this Agreed Motion for Entry of Order Amending Order (A) Authorizing Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims and Interests; (B) Approving Asset Purchase Agreement; (C) Authorizing Assumption and Assignment and Rejection of Certain Executory Contracts and Unexpired Leases; and (D) Granting Other Relief (the "**Agreed Motion**") and, in support thereof, state as follows:

<u>Background</u>

1.      On March 31, 2010, the Court held a hearing (the "**Sale Hearing**") on the Motion of Debtor and Debtor-In-Possession, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for (I) an Order (A) Approving Bidding Procedures and Bidder Protections for the Sale of Substantially All of the Debtor's Assets and (B) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (Ii) an

Order (A) Authorizing the Sale of Substantially All of the Debtor's Assets, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief (the "**Sale Motion**") filed by the Debtor on November 20, 2009 (Doc. No .55).

2. At the Sale Hearing, the Court, among other things, approved the sale of substantially all of the Debtor's assets pursuant to the Sale Motion. In addition, upon the request of First Bank at the Sale Hearing, the Court also ruled that, consistent with the Order Granting Debtor's Motion for Order Approving Bid Procedures, Sale Procedures and Bid Protections (the "**Bid Procedures Order**") (Doc. No. 106), the approval of the Sale Motion shall have no impact on any and all rights and obligations of the parties under any enforceable agreement executed by and between the Pre-Petition Note A Lenders and the Note B Lenders, including but not limited to the Co-Lender Agreement.[1]

3. On April 6, 2010, this Court entered the Order (A) Authorizing Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims and Interests; (B) Approving Asset Purchase Agreement; (C) Authorizing Assumption and Assignment and Rejection of Certain Executory Contracts and Unexpired Leases; and (D) Granting Other Relief (the "**Sale Order**") (Doc. No. 181).

4. Paragraph 39 of the Sale Order contains a scrivener's error inasmuch as it references the prior ruling of the Court in the "Bid Procedures"; however, the Court's prior ruling was in fact contained in the Bid Procedures Order.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Bid Procedures Order.

5. Accordingly, the Debtor and First Bank request that the Court enter an order amending paragraph 39 of the Sale Order by replacing the term "Bid Procedures" in all instances with the term "Bid Procedures Order" in order to accurately reflect the Court's ruling at the Sale Hearing.

WHEREFORE, First Bank respectfully requests that this Court enter an order (a) granting this Agreed Motion, (b) amending paragraph 39 of the Sale Order by replacing the term "Bid Procedures" in all instances with the term "Bid Procedures Order," and (c) granting such other and further relief as is appropriate.

Dated: April 16, 2010

| | |
|---|---|
| LATHAM, SHUKER, EDEN<br>& BEAUDINE, LLP<br>390 N. Orange Avenue, Suite 600<br>P.O. Box 3353<br>Orlando, Florida 32802-3353<br>Telephone: 407-481-5800<br>Facsimile: 407-481-5801<br>Attorneys for the Debtor<br><br>By:   /s/ Justin M. Luna<br>     R. Scott Shuker, Esquire<br>     Florida Bar No. 984469<br>     Justin M. Luna, Esquire<br>     Florida Bar No. 0037131 | BUSH ROSS, P.A.<br>1801 N. Highland Avenue<br>Tampa, Florida 33602<br>(813) 224-9255 (telephone)<br>(813) 223-9620 (telecopy)<br>Attorneys for the First Bank and Trust<br>Company of Illinois<br><br>By:   /s/ Adam Lawton Alpert<br>     Jeffrey W. Warren<br>     Florida Bar No. 150024<br>     Adam Lawton Alpert<br>     Florida Bar No. 0490857 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2010, I electronically filed a true and correct copy of the foregoing Agreed Motion for Entry of Order Amending Order (A) Authorizing Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims and Interests; (B) Approving Asset Purchase Agreement; (C) Authorizing Assumption and Assignment and Rejection of Certain Executory Contracts and Unexpired Leases; and (D) Granting Other Relief with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

/s/ Adam Lawton Alpert
ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

Assistant United States Trustee
Stephen R. Caplan, Esq.
Ryan E. Davis, Esq.
James A. Edwards, Esq.
John D. Emmanuel, Esq.
Edward M. Fitzgerald, Esq.
Suzanne E. Gilbert, Esq.
Stephen C. Hunt, Esq.
John B. Hutton, Esq.
Donald R. Kirk, Esq.
Kevin Knight, Esq.
Roy S. Kobert, Esq.

John J. Lamoureux, Esq.
Edmund O. Loos, Esq.
Justin M. Luna, Esq.
Chad S. Paiva, Esq.
David A. Ray, Esq.
Kevin A. Reck, Esq.
David C. Schwartz, Esq.
R. Scott Shuker, Esq.
Philip D. Storey, Esq.
United States Trustee
Richard B. Webber, Esq.

**Via first class United States Mail, postage prepaid, to:**

All parties listed on the attached L.R. 1007-2 Parties in Interest List

771108.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:09-bk-14833-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Apr 16 09:55:02 EDT 2010 | Alvarez Sambol Wintrop<br>100 S. Orange Ave<br>Ste. 200<br>Orlando, FL 32801-3220 | Alvarez, Sambol, Winthrop & Madson, P.A.<br>Attn: Philip D. Storey<br>P. O. Box 3511<br>Orlando, FL 32802-3511 |
| Blue Key Investments, LLC<br>Attn:Janne Keshinen<br>10286 Clubhouse Turn Rd.<br>Lake Worth, FL 33449-5454 | Brotman, Elekman, Elekman<br>c/o Gavin T. Elliot<br>Caplan & Associates, PA<br>31 N. Hyer Ave.<br>Orlando, FL 32801-2949 | Christopher G. Daniels<br>c/o charter Bank One<br>53 State St- MBS 970<br>Boston, MA 02109-2802 |
| Churchill Development Group LLC<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South Suite 220<br>Maitland FL 32751-6150 | Churchill Development Group, LLC.; Xistris V<br>c/o Donald R. Kirk, Esq.<br>Post Office Box 1438<br>Tampa, FL 33601-1438 | Cliff & Becky Kwitowski<br>c/o Peter R. McGrath<br>801 N Magnolia Ave<br>Suite 317<br>Orlando, FL 32803-3843 |
| Clifford & Becky Kwitowski<br>3206 S. Hopkins Ave. #25<br>Titusville, FL 32780-5667 | Clifford & Becky Kwitowski<br>Richard B Webber II Esq<br>Zimmerman Kiser & Sutcliffe PA<br>315 East Robinson St Suite 600<br>Orlando FL 32801-4341 | Creative Floors Commercial, LLC<br>830 State Road 436<br>Casselberry, FL 32707-5304 |
| Fausto J. Batista<br>16960 Cornerill Ct<br>Orlando, FL 32820-1925 | First American Title Insurance Co, a CA Corp<br>Greenspoon Marder, P.A.<br>Capital Plaza I, Suite 500<br>201 East Pine Street<br>Orlando, FL 32801-2729 | First Bank & Trust Co of Illinois<br>c/o Bush Ross PA<br>Attn: J.Warren Esq / A.Lawton Alpert Esq<br>PO Box 3913<br>Tampa FL 33601 3913 |
| First Bank and Trust Company of Illinois<br>c/o Bush Ross, P.A.<br>Attn: Adam Lawton Alpert, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Forum<br>2199 Innterbelt Business Cen<br>St. Louis, MO 63114-5721 | Francisco J. Gonzalez<br>12012 S. Shoe Blvd #107<br>Wellington, FL 33414-6205 |
| Gabriel Klein<br>150 E. Robinson St. #1402<br>Orlando, FL 32801-1985 | Gabriel Klein<br>c/o Gavin Elliot<br>Caplan & Associates, PA<br>121 S Orange Ave Ste. 880<br>Orlando, FL 32801-3233 | Jean B. Dubois<br>c/o Mary J. Hoftiezer, Esq.<br>Hendry, Stoner & Brown, P.A.<br>20 North Orange Ave., Ste. 600<br>Orlando, FL 32801-4641 |
| Jill Carbonelli<br>c/o Joan Vecchioli<br>PO Box 1368<br>Clearwater, FL 33757-1368 | Jill E Kelso<br>United States Trustee<br>135 West Central Boulevard<br>Suite 620<br>Orlando FL 32801-2440 | KREF Residential Mezzanine Fund I, LLC.<br>c/o Holland & Knight LLP<br>200 S. Ornage Ave #2600<br>Orlando, FL 32801-3461 |
| KeyBank NA<br>c/o Arnstein & Lehr LLP<br>Attn John M Cooney Esq<br>200 E Las Olas Blvd #1700<br>Fort Lauderdale FL 33301-3404 | KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114-1217 | KeyBank Real Estate Equity Capital, Inc.<br>c/o John J. Lamoureux<br>Carlton Fields, P.A.<br>P. O. Box 3239<br>Tampa, FL 33601-3239 |
| KeyBank, National Association<br>c/o Stephen C. Hunt<br>Arnstein & Lehr, LLP<br>200 E. Las Olas Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301-3404 | KeyBank, National Association as lender to D<br>c/o James S. Grodin, Kevin A. Reck<br>Foley & Lardner LLP<br>111 N. Orange Avenue, Suite 1800<br>Orlando, Florida 32801-2386 | Kyle Martel<br>3810 W. DeLeon St. #5<br>Tampa, FL 33609 |

| | | |
|---|---|---|
| Law Office of Richard Norris<br>7651-A Ashley Park Ct.<br>Suite 402<br>Orlando, FL 32835 | Liberty Place - Orlando LLC<br>c/o Westminster Partners II<br>PO Box 624<br>Mundelein, IL 60060-0624 | Louis T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>Schiff Hardin, LLP<br>900 Third Avenue<br>New York, NY 10022-4728 |
| Lowndes Drosdick et al<br>PO Box 2809<br>Orlando, FL 32802-2809 | Michael S Murray<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South  Suite 220<br>Maitland  FL 32751-6150 | Mike Messersmith<br>a/f Condo Developer, LLC<br>Three First National Plaza<br>70 W. Madison St. #4100<br>Chicago, IL 60602-4231 |
| OUC<br>PO Box 4901<br>Orlando, FL 32802-4901 | Orlando Vue 33 LLC<br>12570 S Derby Rd.<br>Lamont, IL 60439-9793 | Oscar Juarez<br>105 E. Robinson St. #300<br>Orlando, FL 32801-1622 |
| Richard W Norris<br>Richard W Norris PA<br>Kevin Knight Esq<br>332 North Magnolia Avenue<br>Orlando  FL 32801-1609 | The Vue At Lake Eola Condominium Association<br>c/o Ryan E. Davis<br>Winderweedle, Haine,Ward & Woodman, P.A.<br>390 N. Orange Aveue, Suite 1500<br>Orlando, FL 32801-1658 | The Vue Orlando, LLC, a Delaware Limited Lia<br>150 East Robinson Street<br>Orlando, FL 32801-1695 |
| Theresa Braxton<br>130-29 23rd St.<br>Rosedale, NY 11422 | Tyler Dahn<br>6312 Buford St. Unit 505<br>Orlando, FL 32835-2358 | United States Trustee - ORL7<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Vito Badalamenti<br>414 River Song Ct<br>Orlando, FL 32828-6995 | Xistris Ventures LLC<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South  Suite 220<br>Maitland  FL 32751-6150 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jason Roth
Undeliverable

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47