UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No.: 6:09-bk-14833-KSJ
                                                                Chapter 11

THE VUE-ORLANDO, LLC,

          Debtor.

                                                    /

**AGREED ORDER AMENDING ORDER (A) AUTHORIZING
SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE
AND CLEAR OF LIENS, CLAIMS AND INTERESTS; (B) APPROVING
ASSET PURCHASE AGREEMENT; (C) AUTHORIZING ASSUMPTION AND
ASSIGNMENT AND REJECTION OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES; AND (D) GRANTING OTHER RELIEF**

**THIS CASE** came on for consideration upon the Agreed Motion for Entry of

Order Amending Order (A) Authorizing Sale of Substantially All of the Debtor's Assets

Free and Clear of Liens, Claims and Interests; (B) Approving  Asset Purchase

Agreement; (C) Authorizing Assumption and Assignment and Rejection of Certain

Executory Contracts  and Unexpired Leases; and (D) Granting Other Relief (the "**Agreed**

**Motion**") filed by The Vue-Orlando, LLC (the "**Debtor**") and First Bank and Trust

Company of Illinois ("**First Bank**") on April 16, 2010 (Doc. No. 196).  Having reviewed

the Motion together with the record and otherwise being fully advised in the premises,

the Court finds that the Agreed Motion should be granted.

Accordingly, it is **ORDERED**:

1.        The Agreed Motion is **GRANTED**.

2.    Paragraph 39 of the Sale Order (as defined in the Agreed Motion) is hereby amended by replacing the term "Bid Procedures" in all instances with the term "Bid Procedures Order."

3.    The entry of this order shall have no impact or effect on any other provision of the original Sale Order (other than the change made herein) and all other provisions of the original Sale Order remain effective as of the date of the original order.

**DONE AND ORDERED** in Chambers on <u>April 21, 2010</u>                          .

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

The Vue-Orlando, LLC, Attn: Eric Moskowitz, WESTMINSTER PARTNERS II LLC, PO Box 624, Mundelein, IL 60060;

Sovereign Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131;

Sovereign Bank, c/o Louis T. DeLucia, Schiff Hardin LLP, 900 Third Avenue, 23rd Floor, New York, NY 10022;

Comerica Bank, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131;

Christopher G. Daniel, Charter One Bank, 53 State Street – MBS 970, Boston, MA 02109;

Mega International Commercial Bank Co., Ltd., NY Branch, c/o John B. Hutton III, Greenberg Traurig, 1221 Brickell Ave., Miami, FL 33131;

Jack Rubenbauer, Director, Great American Insurance Company, One East 4th St., 3rd Floor, Cincinnati, OH 45202;

Key Bank, c/o James S. Grodin, Foley & Lardner, P.O. Box 2193, Orlando, FL 32802-2193;

Churchill Development Group, c/o Robert S. Hoofman, P.O. Box 3146, Orlando, FL 32802-3146;

Richard B. Webber II, Zimmerman Kiser & Sutcliffe, 315 East Robinson St., Ste. 600, Orlando, FL 32801-4341;

First Bank & Trust Company, Attn: Jeffrey W. Warren, P.O. Box 3913, Tampa, FL 33601-3913;

The United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801;

Francisco J. Gonzalez, Esq., Gonzalez & Henkman, P.L., 12012 S. Shoe Blvd., Ste. 107, Wellington, FL 33414;

Andre' LaBauve, C.F.O., Fisher Auction Co., Inc., 619 East Atlantic Boulevard, Pompano Beach, Florida 33060;

Mike Messersmith, Esq., Kaye Scholer LLP, a/f Condo Developer, LLC, Three First National Plaza 70 West Madison Street Suite 4100 Chicago, IL 60602; and

The Local Rule 1007-2 Parties-in-Interest List.

3

771127.2