UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:09-bk-14833-KSJ

THE VUE-ORLANDO, LLC,  CHAPTER 11

Debtor.
_____/

## THE VUE-ORLANDO, LLC'S MOTION FOR FINAL DECREE CLOSING CASE

**THE VUE-ORLANDO, LLC** ("Debtor"), by and through its undersigned counsel, and pursuant to Rule 3022, *Federal Rules of Bankruptcy Procedure* and Local Rule 3022-1, hereby files its Motion for Final Decree (the "Final Decree Motion") and in support, states as follows:

### Procedural and Factual Background

1. On October 1, 2009 (the "Petition Date"), Sovereign, Comerica, Mega International Commercial Bank Co. Ltd, NY ("Mega"), Charter One, GAIC, and Great American Financial Resources, Inc. ("GAFR")(collectively, the "Petitioning Creditors"), filed a Chapter 7 involuntary petition for relief for the Debtor, pursuant to 11 U.S.C. § 303(b)(the "Involuntary Petition"). (Doc. No. 1).

2. On November 2, 2009, the Debtor filed its Emergency Motion to Convert Case to Chapter 11 ("Conversion Motion"). (Doc. No. 13).

3. On November 4, 2009, the Court entered an order granting the Conversion Motion. (Doc. No. 16).

4. The Debtor was the owner of a 36-story, 375 unit luxury residential condominium building located in the heart of downtown Orlando, which is known as the The Vue at Lake Eola ("The Vue").

5. On February 2, 2010, the Debtor filed its Disclosure Statement (Doc. No. 128) and Chapter 11 Plan of Liquidation (the "Plan") (Doc. No. 127).

6. The Court entered its Order Confirming the Plan on April 14, 2010 (the "Confirmation Order"). (Doc. No. 195). All terms in this Motion or the affidavit attached hereto which are not otherwise defined herein shall have the same meaning as used in the Plan.

7. Since the entry of the Confirmation Order, the Debtor has spent the time to fulfill the terms of the Plan.

8. The Debtor is current with respect to all U.S. Trustee fees according to the terms specified in the Plan and there are no pending objections to claims, adversary proceedings, or other matters to be resolved.

9. Attached hereto as **Exhibit "A"** is the affidavit of Terry Soifer, Manager of the Liquidated Debtor, testifying that the Plan has been fully consummated.

10. Thus, in accordance with Rule 3022, *Federal Rules of Bankruptcy Procedure*, the Plan has been fully administered and requests this Court enter a final decree closing the case.

**WHEREFORE**, The Vue-Orlando, LLC, respectfully requests this Court grant the Motion and enter a final decree concluding this case and for such further relief this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 10th day of December 2010.

/s/ Justin M. Luna
R. Scott Shuker, Esq.
Florida Bar No. 984469/rshuker@lseblaw.com
Justin M. Luna, Esq.
Florida Bar No. 0037131/jluna@lseblaw.com
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
P. O. Box 3353
Orlando, Florida 32802-3353
Tel: 407-481-5800/Fax: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             CASE NO. 6:09-bk-14833-KSJ

THE VUE-ORLANDO, LLC,                              CHAPTER 11

          Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **foregoing**, has been served by electronic and/or U.S. First Class, postage prepaid mail to: The Vue-Orlando, LLC, c/o Terry Soifer, 2100 Lee Road, Suite F, Winter Park, FL 32789; and all creditors and parties of interest, as shown on the attached matrix on this 10th day of December 2010.

                                       /s/ Justin M. Luna
                                       Justin M. Luna, Esq.

```
Label Matrix for local noticing          Adam L Alpert                             Alvarez Sambol Wintrop
113A-6                                    Bush Ross P.A.                            100 S. Orange Ave
Case 6:09-bk-14833-KSJ                    Post Office Box 3913                      Ste. 200
Middle District of Florida                Tampa, FL 33601-3913                      Orlando, FL 32801-3220
Orlando
Fri Dec 10 14:47:59 EST 2010

Alvarez, Sambol, Winthrop & Madson, P.A.  Alvarez, Sambol, Winthrop & Madson, P.A.  Armando Sanchez
P. O. Box 3511                            Attn: Philip D. Storey                    Christopher Sherwood
Orlando, FL 32802-3511                    P. O. Box 3511                            3760 SW 55th Ave.
                                          Orlando, FL 32802-3511                    Davie, FL 33314-2732

B Ray Jr/Christine Genthner               Blue Key Investments, LLC                 Helene Brotman
2202 Hoffner Ave.                         Attn:Janne Keshinen                       c/o Caplan & Associates, P.A.
Orlando, FL 32809-3583                    10286 Clubhouse Turn Rd.                  31 N. Hyer Ave.
                                          Lake Worth, FL 33449-5454                 Orlando, FL 32801-2949

Brotman, Elekman, Elekman                 Stephen R Caplan                          Charles D. Johanns
c/o Gavin T. Elliot                       Caplan & Associates PA                    P.O. Box 624
Caplan & Associates, PA                   31 N Hyer Avenue                          Mundelein, IL 60060-0624
31 N. Hyer Ave.                           Orlando, FL 32801-2949
Orlando, FL 32801-2949

Charter One Bank, NA                      Charter One Bank, NA                      Christine A. Fijak
Greenberg Traurig PA                      c/o Christopher G. Daniel                 19 Indian River Dr. #501
John B Hutton III                         53 State Street-MBS 970                   Cocoa, FL 32922-4725
1221 Brickell Avenue                      Boston, MA 02109-2802
Miami, FL 33131-3224

Christopher G. Daniels                    Christopher Sherwood                      Churchill Development Group LLC; Xistris Ven
c/o charter Bank One                      3760 SW 55th Avenue                       c/o Robert S. Hoofmane
53 State St- MBS 970                      Davie FL 33314-2732                       P.O. Box 3146
Boston, MA 02109-2802                                                               Orlando, FL 32802-3146

Churchill Development Group, LLC          Churchill Development Group, LLC.; Xistris V  Cliff & Becky Kwitowski
c/o John D. Emmanuel, Esq.                c/o Donald R. Kirk, Esq.                  c/o Peter R. McGrath
Fowler White Boggs P.A.                   Post Office Box 1438                      801 N Magnolia Ave
P.O. Box 1438                             Tampa, FL 33601-1438                      Suite 317
Tampa, FL 33601-1438                                                                Orlando, FL 32803-3843

Clifford & Becky Kwitowski                Clifford & Becky Kwitowski                Comerica Bank
3206 S. Hopkins Ave. #25                  Richard B Webber II Esq                   c/o John B Hutton, III
Titusville, FL 32780-5667                 Zimmerman Kiser & Sutcliffe PA            Greenberg Traurig PA
                                          315 East Robinson St  Suite 600           1221 Brickell Ave
                                          Orlando  FL 32801-4341                    Miami, FL 33131-3238

Comerica Bank                             CommerceBank, NA                          Compton Development Group
c/o Larry Hacker                          Attn:  Gerardo Ramos                      33 E Pine Street
111 N. Magnolia Ave.                      220 Alhambra Circle                       Orlando, FL 32801-2607
Ste. 1000                                 Cora Gables, FL 33134-5174
Orlando, FL 32801-2370

Creative Floors Commercial, LLC           Cynthia Simmins and                       Darryl Padgett/Pelt
830 State Road 436                        Angela & David Johanssor                  150 E. Robinson St. #2109
Casselberry, FL 32707-5304                2200 Sutherland Ct.                       Orlando, FL 32801-4360
                                          Geneva, FL 32732-8531
```

```
David Upegui                              Ryan E Davis                              Dena Ellis
12957 S Orange Blossom Trail              Winderweedle Haines Ward & Woodman PA     c/o John W Dill, Esq
Orlando, FL 32837-6592                    Post Office Box 1391                      Morgan & Morgan PA
                                          Orlando, FL 32802-1391                    20 N Orange Ave, 16th FL
                                                                                    Orlando, FL 32801-4624


Dora Pineda                               Jean DuBois                               Edgar Minto
5659 Berwood Drive                        8025 NW 28th Street                       309 Geneveve Ave.
Orlando, FL 32810-6635                    Ocala, FL 34482-5822                      Pacifica, CA 94044-3127



LLoyd Elekman                             Suzette Elekman                           Erik Moskowitz
c/o Caplan & Associates, PA               c/o Caplan & Associates, PA               P.O. Box 624
31 N. Hyer Ave.                           31 N. Hyer Ave.                           Mundelein, IL 60060-0624
Orlando, FL 32801-2949                    Orlando, FL 32801-2949



Elena L Escamilla                         Fausto J. Batista                         First American Title Insurance Co, a CA Corp
United States Trustee                     16960 Cornerill Ct                        Greenspoon Marder, P.A.
135 W Central Blvd  Suite 620             Orlando, FL 32820-1925                    Capital Plaza I, Suite 500
Orlando, FL 32801-2440                                                              201 East Pine Street
                                                                                    Orlando, FL 32801-2729


First American Title Insurance Company, a Ca    First Bank & Trust                 First Bank & Trust
Greenspoon Marder, P.A.                         of Illinois                        of Illinois
Capital Plaza I                                 Dennis R. Ainger, VP               c/o Jeffry Warren, Bus/Ross
Suite 500                                       300 East Northwest Highway         1801 North Highland Ave.
201 East Pine Street                            Palatine, IL 60067-8117            Tampa, FL 33602-2656
Orlando, FL 32801-2718

First Bank & Trust Co of Illinois         First Bank and Trust Company of Illinois  First Federal Title of Florida
c/o Bush Ross PA                          c/o Bush Ross, P.A.                       7651A Ashley Park Court
Attn: J.Warren Esq / A.Lawton Alpert Esq  Attn: Adam Lawton Alpert, Esq.            Suite 402
PO Box 3913                               Post Office Box 3913                      Orlando, FL 32835
Tampa FL 33601 3913                       Tampa, FL 33601-3913


Fisher & Phillips LLP                     Fisher Auction Com, Inc                   Edward M Fitzgerald
2300 SunTrust Financial Cent              c/o Lamar Fisher                          Holland & Knight LLP
401 E Jackson St.                         619 E. Atlantic Blvd                      200 South Orange Ave
Tampa, FL 33602-5233                      Pompano Bch, FL 33060-6343                Suite 2600
                                                                                    Orlando, FL 32801-3453


Florida Department of Revenue             Florida Dept of Revenue                   Forum
Bankruptcy Unit                           Attn:  Executive Director                 2199 Innterbelt Business Cen
Post Office Box 6668                      5050 W Tennessee St                       St. Louis, MO 63114-5721
Tallahassee FL 32314-6668                 Tallahassee, FL 32399-0140



Francisco J. Gonzalez                     Gabriel Klein                             Gabriel Klein
12012 S. Shoe Blvd #107                   150 E. Robinson St. #1402                 c/o Caplan & Associates, PA
Wellington, FL 33414-6205                 Orlando, FL 32801-1985                    31 N. Hyer Ave.
                                                                                    Orlando, FL 32801-2949



Gabriel Klein                             Suzanne E Gilbert                         Great American Financial Res
c/o Gavin Elliot                          Holland & Knight LLP                      c/o Jack Rubenbauer
Caplan & Associates, PA                   Post Office Box 1526                      One East 4th Street
121 S Orange Ave Ste. 880                 Orlando, FL 32802-1526                    3rd Floor
Orlando, FL 32801-3233                                                              Cincinnati, OH 45202-3717
```

| | | |
|---|---|---|
| Great American Financial Resources Inc<br>c/o Jack Rubenbauer Director<br>One East 4th Street 3rd Floor<br>Cincinnati, OH 45202-3717 | Great American Insurance Co<br>c/o Jack Rubenbauer<br>One East 4th Street<br>3rd Floor<br>Cincinnati, OH 45202-3717 | Great American Insurance Company<br>c/o Jack Rubenbauer Director<br>One East 4th Street 3rd Floor<br>Cincinnati, OH 45202-3717 |
| Harold Mata<br>2905 S Fairway Dr.<br>Melbourne, FL 32901-6952 | Helene Brotman, Suzette Elekman & Lloyd Elek<br>c/o Caplan & Associates, PA<br>31 N. Hyer Ave.<br>Orlando, FL 32801-2949 | Stephen C Hunt<br>Arnstein & Lehr, LLP<br>200 East Las Olas Blvd, Suite 1700<br>Ft. Lauderdale, FL 33301-3404 |
| John B Hutton<br>Greenberg Traurig PA<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-2184 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Internal Revenue Svc*<br>Spec Proc Function<br>PO Box 35045, Stop 5720<br>Jacksonville, FL 32202 |
| James Dunning<br>150 E. Robinson St., #1227<br>Orlando, FL 32801-1985 | Jean B. Dubois<br>c/o Mary J. Hoftiezer, Esq.<br>Hendry, Stoner & Brown, P.A.<br>20 North Orange Ave., Ste. 600<br>Orlando, FL 32801-4641 | Jill Carbonelli<br>c/o Joan Vecchioli<br>PO Box 1368<br>Clearwater, FL 33757-1368 |
| Jill Carbonelli<br>c/o Peter N. Hill, Esq.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Dr.<br>Orlando, FL 32804-7013 | Jill E Kelso<br>United States Trustee<br>135 West Central Boulevard<br>Suite 620<br>Orlando FL 32801-2440 | Joseph & Anne Schultz<br>13 Porto Cervo Dr.<br>Monarch Beach, CA 92629-4121 |
| Joseph Amato<br>16102 Barrelwood Lane<br>Sanford, FL 32771-7394 | KREF Residential Mezzanine Fund I, LLC<br>Holland & Knight LLP<br>Post Office Box 1526<br>Orlando, FL 32802-1526 | KREF Residential Mezzanine Fund I, LLC.<br>c/o Holland & Knight LLP<br>200 S. Ornage Ave #2600<br>Orlando, FL 32801-3461 |
| Keith Eweka<br>715 Robellini Way<br>Oveido, FL 32766-6617 | Jill E Kelso<br>United States Trustee<br>135 West Central Boulevard Suite 620<br>Orlando, FL 32801-2440 | KeyBank NA<br>c/o Arnstein & Lehr LLP<br>Attn John M Cooney Esq<br>200 E Las Olas Blvd #1700<br>Fort Lauderdale FL 33301-3404 |
| KeyBank National Assoc.<br>127 Public Square<br>Cleveland, OH 44114-1217 | KeyBank National Association<br>Arnstein & Lehr LLP<br>c/o Stephen C. Hunt<br>200 E. Las Olas Blvd.,<br>Suite 1700<br>Ft. Lauderdale, FL 33301-3404 | KeyBank Real Estate Equity Capital, Inc.<br>c/o John J. Lamoureux<br>Carlton Fields, P.A.<br>P. O. Box 3239<br>Tampa, FL 33601-3239 |
| KeyBank, National Association<br>c/o Foley & Lardner LLP<br>Attn: James S. Grodin, Kevin A. Reck<br>111 N. Orange Avenue, Suite 1800<br>PO Box 2193<br>Orlando, FL 32802-2193 | KeyBank, National Association<br>c/o Stephen C. Hunt<br>Arnstein & Lehr, LLP<br>200 E. Las Olas Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301-3404 | KeyBank, National Association as lender to D<br>c/o James S. Grodin, Kevin A. Reck<br>Foley & Lardner LLP<br>111 N. Orange Avenue, Suite 1800<br>Orlando, Florida 32801-2386 |
| Donald R Kirk<br>Fowler, White, Boggs, Banker, PA<br>PO Box 1438<br>Tampa, FL 33601-1438 | Kevin Knight<br>deBeaubien Knight Simmons et al<br>Post Office Box 87<br>Orlando, FL 32802-0087 | Knight Images<br>130 S. Orange Ave.<br>Mezzanine Ste. 150<br>Orlando, FL 32801-3235 |

| | | |
|---|---|---|
| Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 | Becky Kwitowski<br>c/o Richard B. Webber II, Esquire<br>315 E. Robinson St., Suite 600<br>Orlando, FL 32801-4341 | Clifford Kwitowski<br>c/o Richard B. Webber II, Esquire<br>315 E. Robinson Street, Suite 600<br>Orlando, FL 32801-4341 |
| Kyle Martel<br>3810 W. DeLeon St. #5<br>Tampa, FL 33609 | John J. Lamoureux<br>Carlton Fields, PA<br>PO Box 3239<br>Tampa, FL 33601-3239 | Law Office of Richard Norris<br>7651-A Ashley Park Ct.<br>Suite 402<br>Orlando, FL 32835 |
| Liberty Place - Orlando LLC<br>c/o Westminster Partners II<br>PO Box 624<br>Mundelein, IL 60060-0624 | Edmund O Loos III<br>Greenspoon Marder PA<br>201 East Pine Street<br>Suite 500<br>Orlando, FL 32801-2718 | Louis T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>Schiff Hardin, LLP<br>900 Third Avenue<br>New York, NY 10022-4728 |
| Lowndes Drosdick et al<br>PO Box 2809<br>Orlando, FL 32802-2809 | Lowndes, Drosdick, Doster, Kantor & Reed, P.<br>215 N. Eola Drive<br>Orlando, FL 32801-2095<br>Attn: Robert F. Higgins, Esquire | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801-1684 |
| Mega Int'l Commercial Bank<br>c/o Priscilla Hsing, VP<br>65 Liberty Street<br>New York, NY 10005-1018 | Mega Int'l Commercial Bank Co. Ltd, NY<br>c/o John B Hutton, III<br>Greenberg Traurig PA<br>1221 Brickell Ave<br>Miami, FL 33131-3238 | Mercantil CommerceBank, N.A.<br>c/o John B. Hutton, Esq.<br>1221 Brickell Avenue<br>Miami, FL 33131-3224 |
| Michael S Murray<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South Suite 220<br>Maitland FL 32751-6150 | Michael S. Murray<br>c/o John D. Emmanuel, Esq.<br>Fowler White Boggs P.A.<br>P.O. Box 1438<br>Tampa, FL 33601-1438 | Mike Messersmith<br>a/f Condo Developer, LLC<br>Three First National Plaza<br>70 W. Madison St. #4100<br>Chicago, IL 60602-4231 |
| Mike Murray/Churchill Dev.<br>c/o Robert Hoofman<br>PO Box 3146<br>Orlando, FL 32802-3146 | Mykel Cheeseman<br>207 King Street #512<br>San Francisco, CA 94107-5454 | Mykel Cheeseman<br>9690 Sweetleaf St.<br>Orlando, FL 32827-6804 |
| Nahiya Romano<br>c/o Mario A. Garcia<br>400 North Ferncreek Ave.<br>Orlando, FL 32803-5432 | Natalia Osorio<br>11743 Coxham Ct.<br>Orlando, FL 32837-5774 | OUC<br>PO Box 4901<br>Orlando, FL 32802-4901 |
| Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Orange Cty Tax Collector<br>Attn: Earl K. Wood<br>PO Box 2551<br>Orlando, FL 32802-2551 | Orlando Utilities Commission<br>c/o Michael A. Paasch, Esq.<br>Mateer & Harbert, P.A.<br>P O Box 2854<br>Orlando, FL 32802-2854 |
| Orlando Utilities Commission<br>P O Box 3193<br>Orlando FL 32802-3193 | Orlando Vue 33 LLC<br>12570 S Derby Rd.<br>Lamont, IL 60439-9793 | Orlando Vue LP<br>c/o PC Homes Investors, Inc.<br>201 E. Ogden Ave., Ste. 26<br>Hinsdale, IL 60521-3651 |

Orlando Vue Management Corp
Attn: Ms. Mary Berndt
PO Box 624
Mundelein, IL 60060-0624

Oscar Juarez
105 E. Robinson St. #300
Orlando, FL 32801-1622

Ovidiu Bogdan Nasui
150 E Robinson St.
Orlando, FL 32801-1695

Ovidiu Nasui
150 E. Robinson St.
Orlando, FL 32801-1695

Michael A Paasch
Mateer & Harbert PA
Post Office Box 2854
Orlando, FL 32802-2854

Chad S Paiva
Greenspoon Marder PA
One Clearlake Centre
250 Australian Avenue Suite 1010
West Palm Beach, FL 33401-5014

R. Warren Crews
P.O. Box 624
Mundelein, IL 60060-0624

David A Ray
Arnstein & Lehr LLP
200 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301-3404

Kevin A Reck
Foley & Lardner
111 North Orange Avenue
Suite 1800
Orlando, FL 32801-2386

Richard M. Swanson
P.O. Box 624
Mundelein, IL 60060-0624

Richard W Norris
Richard W Norris PA
Kevin Knight Esq
332 North Magnolia Avenue
Orlando FL 32801-1609

SEC
Branch of Reorganization
3475 Lenox Rd NE #1000
Atlanta, GA 30326-3235

SK Client Fund Account
1247 Waukegan Rd.
Suite 100
Glenview, IL 60025-3057

Sarah Beddow
934 Tropic Blvd.
Delray Beach, FL 33483-4955

Schafer Mitchell & Sheridan
541 S Orlando Ave.
Suite 300
Maitland, FL 32751-5669

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Sovereign Bank
c/o John B Hutton, III
Greenberg Traurig PA
1221 Brickell Ave
Miami, FL 33131-3238

Sovereign Bank
c/o Steven A. Massey
3 Terry Drive
Ste. 200
Newtown, PA 18940-1871

Philip D Storey
Alvarez Sambol Winthrop & Madson PA
Post Office Box 3511
Orlando, FL 32802-3511

Tavistock Capital II, Inc.
Roy S. Kobert, P.A.
Broad and Cassel
P.O. Box 4961
Orlando, FL 32802-4961

The Fresh Air Group, LLC
c/o Heath B. Nailos
Boyette, Cummins & Nailos
1635 E. Highway 50, Ste. 300
Clermont, FL 34711-5036

The Vue At Lake Eola Condominium Association
c/o Ryan E. Davis
Winderweedle, Haine,Ward & Woodman, P.A.
390 N. Orange Aveue, Suite 1500
Orlando, FL 32801-1658

The Vue At Lake Eola Condominium Association
c/o Ryan E. Davis, Esq.
Winderweedle Haines Ward & Woodman, P.A.
390 N. Orange Avenue
Suite 1500
Orlando, FL 32801-1658

The Vue Orlando, LLC, a Delaware Limited Lia
150 East Robinson Street
Orlando, FL 32801-1695

Theresa Braxton
130-29 23rd St.
Rosedale, NY 11422

Tyler Dahn
6312 Buford St. Unit 505
Orlando, FL 32835-2358

United States Trustee - ORL7
135 W Central Blvd., Suite 620
Orlando, FL 32801-2440

Upchurch Watson White & Max
1060 Maitland Center Commons
Suite 440
Maitland, FL 32751-7430

Uyen Close
300 Oak St.
Melbourne, FL 32951-2036

Vito Badalamenti
12754 Sumerset Oaks St
Orlando, FL 32828-4300

| | | |
|---|---|---|
| Vito Badalamenti<br>414 River Song Ct<br>Orlando, FL 32828-6995 | Richard B Webber II<br>Zimmerman Kiser & Sutcliffe PA<br>315 East Robinson Street<br>Suite 600<br>Orlando, FL 32801-4341 | Windsor L. Rodriguez<br>3709 Mockingbird Lane<br>Orlando FL 32803-2427 |
| Xistris Ventures LLC<br>James A Edwards Esq<br>Hewitt Wolensky LLP<br>875 Concourse Pkwy South Suite 220<br>Maitland FL 32751-6150 | Xistris Ventures, LLC<br>c/o John D. Emmanuel, Esq.<br>Fowler White Boggs P.A.<br>P.O. Box 1438<br>Tampa, FL 33601-1438 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)First Bank and Trust Company of Illinois<br>c/o Bush Ross, P.A.<br>Attn: Adam Lawton Alpert, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | (u)Jason Roth<br>Undeliverable | (d)Jean Dubois<br>8025 NW 28th St<br>Ocala, FL 34482-5822 |
| (u)Karen S. Jennemann<br>Orlando | (u)John Camp<br>Undeliverable | (u)KeyBank Real Estate Equity Capital, Inc. |
| (d)Gabriel Klein<br>c/o Caplan & Associates, PA<br>31 N. Hyer Ave.<br>Orlando, FL 32801-2949 | (u)Orlando Utilities Commission | End of Label Matrix<br>Mailable recipients 154<br>Bypassed recipients 8<br>Total 162 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:09-bk-14833-KSJ

**THE VUE-ORLANDO, LLC**  CHAPTER 11

Debtor.
_____/

AFFIDAVIT OF TERRY SOIFER,
MANAGER OF THE LIQUIDATED DEBTOR

STATE OF FLORIDA    )
                    )  SS:
COUNTY OF ORANGE    )

**I, TERRY SOIFER,** Manager of the Liquidated Debtor, ("Debtor"), certify as follows:

1. The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2) as follows:

   a. Commencement of Distribution Under the Plan.

   (1) Administrative and Priority Claims. Debtor has paid all allowed administrative and priority claims and is current with respect to all U.S. Trustee fees in accordance with the provisions of the Plan. All priority tax claims, in accordance with the provisions of the Plan, were paid by the Purchaser at closing.

   (2) Allowed Secured Claims. Allowed Secured Claims, in accordance with the provisions of the Plan, were paid by the Purchaser at closing.

   (3) Allowed Unsecured Claims. All Holders of Allowed Unsecured Claims, in accordance with the provisions of the Plan, were to receive a pro rata share of any net proceeds of the Causes of Action or any assets which are not encumbered by Liens and not acquired by the Purchaser, if any. However, after review and due diligence, the Debtor believes

there are no valid and recoverable grounds to pursue the Causes of Action and shall not be making any distributions to unsecured creditors.

    (4)    <u>Distributions</u>. All other distributions required to be made under the Plan have been made.

2. Debtor has taken the necessary steps to consummate the Plan.

**FURTHER AFFIANT SAYETH NOT.**

_____
Terry Soifer
Manager of the ~~Liquidated~~ Debtor

**STATE OF FLORIDA** )
                              ) SS:
**COUNTY OF ORANGE** )

The foregoing instrument was sworn to and subscribed before me this 10 day of December 2010, by Terry Soifer, as Manager of the Liquidated Debtor, who is personally known to me and who did take an oath.



_____
Signature of Person Taking Acknowledgment
Print Name: Nancy Minigh
Title: Notary Public
Serial No.: DD739931
Commission Expires: Jan 27, 2012

[NOTARY STAMP]