# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:	CASE NO. 6:09-bk-14833-KSJ

THE VUE-ORLANDO, LLC,	CHAPTER 11

      Debtor.
_____/

## FINAL DECREE

**THIS CASE** came on for consideration upon the motion of The Vue-Orlando, LLC ("Debtor") for entry of an order granting final decree ("Motion"), filed on December 10, 2010 (Doc No. 267). Upon consideration of the Motion, the grounds cited therein, and the affidavit of Terry Soifer, Manager of the Liquidated Debtor, filed in support of the Motion, and noting no objection from the Office of the United States Trustee and that all United States Trustee fees have been paid through the Third Quarter 2010, the Court finds that Debtor has substantially consummated its Plan of Liquidation and has fully administered the estate. Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The bankruptcy case is closed.

3. Debtor shall mail copies of this Final Decree to all creditors and interested parties.

**DONE AND ORDERED** on December 22, 2010.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor:   The Vue-Orlando, LLC, c/o Terry Soifer, 2100 Lee Road, Ste. F, Winter Park, FL  32789;

Debtor's Counsel:  R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, FL 32802-3353

All Creditors and Parties-in-Interest